**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| Allied Metal Company, an Illinois corporation, | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | Case No. 1:21-cv-01629 |
| v. | ) ) | Honorable Charles P. Kocoras |
| Elkem Materials Inc, a Pennsylvania corporation, | ) ) ) | |
| Defendant/Counter-Plaintiff. | ) ) | |

## ANSWER TO COUNT I, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM

Defendant, Elkem Materials, Inc. ("Elkem"), by and though its attorneys, Kevin A. Sterling, Laura Newcomer Cohen, and Nelly Rosenberg of The Sterling Law Office LLC states as follows as its Answer to Count I of Plaintiff Allied Metal Company's ("Allied") Complaint:

### I. NATURE OF THE ACTION

1. This action arises out of Elkem's material breach of Purchase Order #422 to supply Allied with 110 Truckloads of SILLOY 170 ("PO422"), by failing to comply with its terms, including the parties' course of dealing and course of performance, to supply the full quantity of SILLOY 170 at the price set forth in PO422. A copy of PO422 is attached hereto as Exhibit 1.

**ANSWER**: Elkem denies the allegations of Paragraph 1.

2. Elkem's actions have resulted in substantial damages to Allied as Allied has had to incur substantial increased costs to cover above the price provided for in PO422. Moreover, given the limited supply of SiLLOY 170 (or alternative silicon product), Elkem's breach presents a risk that Allied's damages could increase substantially if it is unable to supply product to the upstream manufacturers that rely upon Allied, including manufacturers of medical equipment (including ventilators).

1

**ANSWER**: Elkem denies the allegations of Paragraph 2.

## II.    <u>PARTIES</u>

3.    Allied is an Illinois corporation with a principal place of business located at 1300 North Kostner Avenue, Chicago, Illinois 60651. Allied is family-owned company that operates as an aluminum smelter and zinc alloyer. Allied serves customers in the automotive, electronics, defense, and healthcare industries among others.

**ANSWER:** Elkem admits that Allied is an Illinois corporation with a principal place of business located at 1300 North Kostner Avenue, Chicago, Illinois 60651, but has insufficient knowledge to form a belief as to the truth or falsity of the remaining allegations in Paragraph 3.

4.    Elkem is a corporation with a principal place of business located at Building #2 Parkwest Office Center Cliff Mine Road Pittsburgh, Pennsylvania 15275. Elkem is a supplier of chemical materials, including Silicon.

**ANSWER:**    Elkem admits that it is a corporation in good standing in the State of Pennsylvania, but denies the remaining allegations in Paragraph 4.

## III.    <u>JURISDICTION AND VENUE</u>

5.    This Court has jurisdiction over the parties and the subject matter of this proceeding pursuant to 28 U.S.C. § 1332(a)(1) & (2). Allied's claims exceed $75,000.00 exclusive of interest and costs, and all of Allied's claims are claims between citizens of different States. In addition, this Court has specific jurisdiction over Defendant because Defendant conducts substantial business in the State of Illinois and Allied's claims arise out of Defendant's Illinois targeting conduct, namely its supply of goods to Allied in Illinois.

**ANSWER**: Elkem admits the allegations in Paragraph 5.

6.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2), as a substantial part of the events or omissions giving rise to Allied's claims occurred in Illinois.

**ANSWER**: Elkem admits the allegations in Paragraph 6.

## IV.     FACTUAL BACKGROUND

7.     Allied and Elkem entered into PO422 on October 29, 2019. Pursuant to PO422, Elkem was to provide 110 truckloads of SILLOY 170, a silicon alloy, to Allied at the prices set forth therein and pursuant to the applicable terms and conditions, as well as the course of dealing, course of performance, and usage of trade, between Allied and Elkem existing during their several years long relationship. See Exhibit 1.

**ANSWER:**     Elkem admits that PO422 is attached as Exhibit 1, but denies that Allied transmitted PO422 on October 29, 2019. Elkem admits that the electronic mail chain dated October 29, 2019 attached as part of Exhibit 1 constitutes the contract between Allied and Elkem. Elkem denied the remaining allegations of Paragraph 7.

8.     Prior to PO422, Elkem supplied SILLOY 170 to Allied pursuant to Purchase Order #117 ("PO117") which was entered on February 4, 2019. A copy of PO117 is attached as Exhibit 2.

**ANSWER**: Elkem admits the allegations in Paragraph 8.

9.     PO117 provided for Elkem to supply 72 truckloads of SILLOY 170 for delivery from July-December 2019.

**ANSWER**: Elkem admits the allegations in Paragraph 9.

10.     Consistent with the parties' course of dealing and course of performance, when Allied was long (i.e., when Allied had excess supply of SILLOY 170), Elkem would delay the delivery of truckloads within the specified delivery time frame provided in PO117.

**ANSWER**: Elkem denies the allegations of Paragraph 10.

11.     For example, on April 15, 2019, Joel Fink, President and Chief Executive Officer of Allied, had a telephone call with Richard Wolf, Elkem's Sales Manager for Silicon – North America, where Mr. Wolf confirmed that the May shipments of SILLOY 170 would be delivered in June.

**ANSWER**: Elkem denies the allegations of Paragraph 11 insomuch as Paragraph 11 does not accurately reflect the conversation between Joel Fink and Richard Wolf on April 15, 2019.

12.     Consistent with this course of performance, the July 2019 materials were delivered in August/September 2019. The August 2019 materials were delivered in September 2019. The September 2019 materials were delivered in October 2019. The October 2019 materials were delivered in November/December 2019. The November 2019 materials were delivered in December/January 2020.  The December 2019 materials were delivered in April/May/June 2020.

**ANSWER:** Elkem denies that the materials delivered as alleged was a "course of performance." Elkem admits the remaining allegations of Paragraph 12.

13.     While Elkem delivered the truckloads in October 2019 pursuant to PO117, Joel Fink of Allied and Richard Wolf of Elkem were negotiating PO422. PO422's delivery time frame for 110 truckloads of SILLOY 170 was between February-December 2020.

**ANSWER:** Elkem admits the allegations in Paragraph 13.

14.     Given the course of dealing and course of performance between the parties, while Mr. Wolf included a provision in PO422 that the truckloads would be delivered by January 31, 2021, Mr. Wolf expressly assured Mr. Fink that Elkem would act consistent with the prior practice of the parties with respect to the delay of shipments when Allied had an excess supply of product on hand.

**ANSWER**: Elkem denies the allegations of Paragraph 14.

15.     Indeed, as a reflection of this, Mr. Wolf included a provision that "Elkem will be willing to negotiate a short extension if needed" which was an acknowledgement of the parties' then-ongoing course of performance with respect to PO117.

**ANSWER:** Elkem admits the allegations in Paragraph 15.

16.     Consistent with the course of performance under PO117, Allied received the February 2020 material under PO 422 in June 2020, the March 2020 material in July 2020, the April 2020 material in September/October 2020, the May 2020 material under PO422 in November 2020, the June 2020 material in December 2020, the July 2020 material in January/February 2021, and a portion of the August 2020 material in March 2021.

**ANSWER:** Elkem denies that the materials as alleged was a "course of performance." Elkem admits the remaining allegations of Paragraph 16.

17.     Then, without warning and in breach of PO422, on March 1, 2021, Mr. Wolf informed Mr. Fink that Elkem would not continue to deliver the September-December 2020 truckloads remaining pursuant to PO422.

**ANSWER:** Elkem denies the allegations of Paragraph 17.

18.     In response to Mr. Wolf, on March 1, 2021, Mr. Fink replied to Mr. Wolf that Allied was ready, willing, and able to accept all the remaining loads on PO422. Mr. Wolf did not respond to this email and, contrary to his representations during negotiations of and throughout Elkem's performance of PO422, the express provision in PO422 that Elkem would be willing to negotiate a short extension, and the parties' course of performance during both PO117 and PO422, Elkem did not ship the remaining truckloads of SILLOY 170 under PO422, and to date, has not agreed to do so.

**ANSWER:** Elkem denies the allegations of Paragraph 18.

19.     On March 11, 2021, Mr. Wolf confirmed Elkem's breach in an email to Mr. Fink where he stated that "Elkem did extend deliveries against the contract through February and into March at the contract price. At this point, the decision was made to move on."

**ANSWER:** Elkem denies the allegations of Paragraph 19.

20.     As a result of Elkem's breach, Allied has already been forced to purchase silicon from alternative suppliers at a substantially higher price than provided for in PO422 to cover. Based on the number of remaining truckloads of SILLOY 170 provided for in PO422, Allied will incur in excess of $800,000 in increased costs to cover above the contract price in PO422 if it is required to secure alternative supply as a replacement for the remaining truckloads of SILLOY 170 that were to be provided by Elkem pursuant to PO422.

**ANSWER:** Elkem denies the allegations of Paragraph 20

21.     At all times during the term of PO422, including to the present, Allied complied with its obligations under PO422, worked as a partner with Elkem, and was ready, willing, and able to complete its performance under PO422. However, Elkem has breached PO422 through its failure to deliver the remaining truckloads of SILLOY 170 provided for therein.

**ANSWER:** Elkem denies the allegations of Paragraph 21.

## COUNT I

## Breach of Contract

22.     Allied incorporates paragraphs 1 – 21 as if fully set forth herein.

**ANSWER**:     Elkem repeats and realleges its Answers to Paragraph 1 through 21 as its answer to Paragraph 22 as if fully set forth herein.

23.     PO422 is a valid contract that obligated Elkem to deliver all of the truckloads of SILLOY 170 at the prices set forth therein consistent with the terms and conditions, course of dealing, course of performance, and usage of trade.

**ANSWER:** Elkem admits that there was a valid contract between Allied and Elkem, but denies the remaining allegations of Paragraph 23.

24.     Allied performed all of its obligations under PO422 prior to Elkem's breach and repudiation of PO422.

**ANSWER:** Elkem denies the allegations of Paragraph 24.

25.     Elkem breached PO422 by refusing to deliver the remaining truckloads at the prices set forth therein.

**ANSWER:** Elkem denies the allegations of Paragraph 25.

26.     As a direct result of this breach, Allied has been damaged in the costs that has paid and will have to pay to secure cover for the SILLOY 170 that Elkem has refused to deliver but remain outstanding under PO422, in excess of $800,000 plus prejudgment interest.  Allied may incur additional damages if Allied is unable to purchase sufficient supply to satisfy its obligations to its customers, who operate in a number of critical industries.

**ANSWER:** Elkem denies the allegations of Paragraph 26.

## AFFIRMATIVE DEFENSES AND COUNTERCLAIM

Defendant/Counter-Plaintiff, Elkem Materials, Inc., a Pennsylvania corporation ("Elkem"), by and through their attorneys, Kevin A. Sterling, Laura Newcomer Cohen, and Nelly Rosenberg, at The Sterling Law Office LLC, states as follows for its Affirmative Defenses and Counterclaim against Plaintiff/Counter-Defendant, Allied Metal Company, an Illinois corporation:

## COMMON ALLEGATIONS OF FACT

### PARTIES

1.      Elkem is an Illinois Pennsylvania corporation in good standing with its principal place of business in Moon Township, Pennsylvania. Elkem does not maintain offices in the State of Illinois.

2.      On information and belief, Allied is an Illinois corporation with its principal place of business in Chicago, Illinois.

### JURISDICTION AND VENUE

3.      This Court has jurisdiction over the subject matter herein pursuant to 28 U.S.C. §1332(a)(1), as the present matter is a civil action between parties that are citizens of different states, and the matter in controversy exceeds $75,000.00 exclusive of interest and costs. As more fully set forth herein, the value of the SiLLOY® 170 provided by Plaintiff to Defendant for which Defendant has not paid totals $520,289.00.

4.      Venue is proper in this district pursuant to 28 U.S.C. §1391 because a substantial part of the events, omissions, actions, and transactions at issue occurred within the Northern District of Illinois.

5.      This Court has personal jurisdiction over the Defendant named herein pursuant to 735 ILCS 5/2-209 in that the claims asserted herein, as more specifically set forth below in the allegations of fact, arise from the making or performance of contracts substantially connected with a corporation domiciled in Illinois (Section 2-209(a)(7)).

6.      Elkem manufactures, among other products, SiLLOY® 130 and SiLLOY® 170, which is a refined silicon used as alloying material to aluminum metal for most die-casting alloys, and in several other industrial applications.

7. SiLLOY® 130 and SiLLOY® 170 are deemed "goods" under the Illinois Uniform Commercial Code, 810 ILCS 5/1-101, *et seq*.

8. Allied is a smelter of aluminum and alloyer of zinc and uses silicon in its manufacturing process.

9. Allied began purchasing Elkem's products prior to 1986.

10. Over the decades of doing business, Allied would sometimes purchase Elkem products through quarterly, semi-annual, or annual contracts, while other years Allied would purchase products on an as-needed basis.

11. The price of refined silicon would fluctuate based on market demands, referred to as the "spot" market.

12. For quarterly, semi-annual, or annual contracts, Elkem would sell a specific quantity of SiLLOY® 170 to Allied based on a monthly amount for the term of the contract at a fixed price or index-based price.

13. For calendar year 2017, Allied was under an annual contract from January to December 2017 and agreed to purchase 108 Truck Loads ("TL") at a rate of 9 TLs per month (the "2017 Contract").

14. As of December 31, 2017, Allied was behind in ordering 11 TLs (just over a one-month ordering requirement).

15. Because of the long-time customer relationship and the low quantity that remained on the 2017 Contract, notwithstanding the expiration of the annual contract, Allied ordered and Elkem gratuitously agreed to deliver the remaining TLs between January 1, 2018 and February 24, 2018 under the 2017 Contract.

16.     For calendar year 2018 through June 2019, Allied did not have an annual contract and ordered SiLLOY® 170 on an as-needed basis based on pricing in the "spot" market.

17.     For June through December 2019, Allied had a six-month contract and agreed to purchase 72 TLs, at a rate of 12 TLs/month (the "2019 Contract").

18.     On October 22, 2019, Elkem offered Allied a proposal for a 2020 SiLLOY® 170 quantity and pricing as set forth in Richard Wolf's email to Joel Fink of Allied, and a true and correct copy of such proposal is attached hereto as **Exhibit A**.

19.     Prior to acceptance of the October 22, 2019 proposal, on October 29, 2019, Elkem revised its proposal to Allied, which included the same quantity and pricing for SiLLOY® 170, but revised the offer to include subparagraph 1a, which required that "Allied…will intend to release all truckloads on the PO for delivery not later than **January 31, 2021**. However, Elkem would be willing to negotiate a short extension, if needed."

20.     A deadline for delivery was not included in any of the prior contracts between Elkem and Allied and was imposed because of Allied's falling behind in ordering in accordance with its commitments.

21.     On October 29, 2019, Allied accepted the October 29, 2019 offer as memorialized in the October 29, 2019 email chain between Joel Fink of Allied and Richard Wolf of Elkem, a true and accurate copy of which is attached hereto as **Exhibit B**.

22.     As of October 29, 2019, a contract was formed between Allied and Elkem which required Allied to purchase 110 TLs at the rate of 10 TLs per month and required Allied to accept delivery before January 31, 2021 (the "2020 Contract").

23. Two months after the parties agreed to the 2020 Contract, as of December 31, 2019, Allied was behind in their 2019 ordering by 13 TLs (approximately a one-month ordering requirement).

24. In early January 2020, Allied ordered and Elkem delivered 13 TLs to Allied.

25. Having received no orders for the month of February 2020, on February 17, 2020, Richard Wolf contacted Joel Fink and inquired about Allied's lack of ordering.

26. On February 17, 2020, Allied reported to Elkem a partial shutdown in its operations due to necessary repairs and maintenance on its furnaces, and Allied did not order SiLLOY® during February or March 2020.

27. Because of the long-time customer relationship, the Allied shutdown, and beginning of the Covid-19 pandemic, and the low quantity that remained on the 2019 Contract, despite Allied failing to comply with the terms of the 2019 Contract, and in consideration of Allied entering into the 2020 Contract, Elkem agreed to hold pricing on the remaining 26 TLs from the 2019 Contract, with the promise and expectation that Allied would promptly accept delivery of the remaining TLs.

28. Beginning April 2020, Allied finally restarted ordering the remaining 13 TLs from the 2019 Contract, and Elkem delivered the remaining SILLOY® between April and June 2020.

29. The purchase order for the 2020 Contract (PO422), while dated October 22, 2019, was not delivered to Elkem until seven months later on May 28, 2020.

30. As of June 1, 2020, Allied had not ordered any TLs on the 2020 Contract, and was 40 TLs behind.

31. By October 31, 2020, Allied had only ordered 29 of 110 TLs, making them 56 TLs behind.

32.     By December 31, 2020, at the end of the 2020 Contract term, Allied fell further behind in their ordering and had ordered only 47 of 110 TLs, making them 63 TLs behind, with only one month to go to accept delivery of the remaining TLs.

33.     Before the commencement of the 2020 Contract term, Allied was already in material breach, and such breach continued through January 31, 2021.

34.     By January 31, 2021, Elkem, at a significant cost to Elkem, was warehousing 1,244 tons of SiLLOY® 170 (or approximately 63 TLs) in its inventory that was not being ordered by Allied as agreed.

35.     By the end of 2020, given that Allied was 63 TLs behind (in excess of six months of the ordering requirement), Elkem had no expectation that Allied would complete its ordering by the end of January as agreed to in the 2020 Contract.

36.     Meanwhile, supply chain issues arose stemming from the Covid-19 pandemic, which resulted in worldwide shortages of refined silicon, and other Elkem customers needed SiLLOY® 170.

37.     Elkem advised Allied of its lack of orders on the 2020 Contract and the dwindling supply of SiLLOY® 170.

38.     From January 2021 through February 28, 2021, Elkem shipped an additional 11 TLs to Allied, and Elkem advised Allied of its material breach of the 2020 Contract.

39.     On March 1, 2021, Elkem offered to ship Allied SiLLOY® 130, a similar product, at the then-current market price, but with a similar discount to that offered for SiLLOY® 170.

40.     This offer was rejected by Allied.

41.     On March 1, 2021, Elkem agreed to ship an additional 5 TLs of SiLLOY® 170, and then elected to cease shipping on the 2020 Contract as a result of Allied's material breach.

### AFFIRMATIVE DEFENSE NO. 1
#### (Prior Breach)

42.　　Elkem repeats and realleges Paragraphs 1 through 41 inclusive of the Common Allegations of Fact as Paragraph 42 of Affirmative Defense No. 1.

43.　　Prior to Elkem's alleged breach, Allied was in material breach of the 2020 Contract and thus, Elkem's continued performance was excused.

44.　　As a result, Allied is barred from recovering for Elkem's suspension of performance.

### AFFIRMATIVE DEFENSE NO. 2
#### (Prevention of Performance)

45.　　Elkem repeats and realleges Paragraphs 1 through 41 inclusive of the Common Allegations of Fact as Paragraph 45 of Affirmative Defense No. 2.

46.　　At all times prior to January 31, 2021, Elkem was ready, willing, and able to provide the SiLLOY® 170 to Allied, but Allied's failure to timely order SiLLOY® 170, coupled with the cost to Elkem of storing SiLLOY® 170 and the worldwide shortage of refined silicon, prevented Elkem from fulfilling the 2020 Contract beyond March 1, 2021, except for the 5 additional TLs shipped in March 2021.

47.　　As a result, Allied is barred from recovering as it prevented Elkem from performing on the 2020 Contract.

### AFFIRMATIVE DEFENSE NO. 3
#### (Failure to State a Claim)

48.　　Elkem repeats and realleges Paragraphs 1 through 41 inclusive of the Common Allegations of Fact as Paragraph 48 of Affirmative Defense No. 3.

49.     Based on the express terms of the October 29, 2019 agreement, Elkem required Allied to take shipment not later than January 31, 2021 and while Elkem indicated it be willing to negotiate a short extension, if needed, Elkem never agreed to modify the 2020 Contract with an indefinite extension for more than 50% of the 2020 Contract.

50.     Accordingly, Allied has failed to state a claim upon which relief can be granted.

### AFFIRMATIVE DEFENSE NO. 4
### (Failure of Consideration)

51.     Elkem repeats and realleges Paragraphs 1 through 41 inclusive of the Common Allegations of Fact as Paragraph 51 of Affirmative Defense No. 4.

52.     Even if Elkem agreed to extend the 2020 Contract, any extension was gratuitous and lacked additional consideration for such extension.

53.     Given the lack of additional consideration for an extension, any alleged extension is unenforceable against Elkem, and Allied is barred from recovering under its Complaint.

### AFFIRMATIVE DEFENSE NO. 5
### (Failure to Mitigate Damages)

54.     Elkem repeats and realleges Paragraphs 1 through 41 inclusive of the Common Allegations of Fact as Paragraph 54 of Affirmative Defense No. 6.

55.     Allied has failed to take reasonable steps to mitigate its alleged damages.

56.     As a result, Allied is barred from recovering from Elkem.

### AFFIRMATIVE DEFENSE NO. 6
### (Offset)

57.     Elkem repeats and realleges Paragraphs 1 through 41 inclusive of the Common Allegations of Fact as Paragraph 57 of Affirmative Defense No. 6.

58.     Between January 15, 2021 and March 19, 2021, Elkem shipped 13 TLs of SiLLOY® 170 to Allied on the following dates under the 2020 Contract and pursuant to the invoices set forth in the table below, as more fully set forth on Elkem's invoices, attached hereto as **Group Exhibit C**:

| Customer name | Country | Sales-person | Invoice No | OCu | Paymnt term | Invoice date | Due date | Invoiced amnt OCu | Outst amnt OCu | Granted days | Aging days | Invoice status | Insurance sta |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALLIED METAL COMPANY | US | PITRWO | 526210802 | USD | P45 | 3/6/2021 | 4/20/2021 | 37,492.17 | 37,492.17 | 0 | 8 | Open due | Uninsured |
| ALLIED METAL COMPANY | US | PITRWO | 526210803 | USD | P45 | 3/6/2021 | 4/20/2021 | 37,492.17 | 37,492.17 | 0 | 8 | Open due | Uninsured |
| ALLIED METAL COMPANY | US | PITRWO | 526210884 | USD | P45 | 3/13/2021 | 4/27/2021 | 37,492.17 | 37,492.17 | 0 | 1 | Open due | Uninsured |
| ALLIED METAL COMPANY | US | PITRWO | 526210252 | USD | P45 | 1/23/2021 | 3/9/2021 | 37,372.11 | 37,372.11 | 0 | 50 | Open due | Insured |
| ALLIED METAL COMPANY | US | PITRWO | 526210444 | USD | P45 | 2/5/2021 | 3/22/2021 | 37,372.11 | 37,372.11 | 0 | 37 | Open due | Insured |
| ALLIED METAL COMPANY | US | PITRWO | 526210537 | USD | P45 | 2/13/2021 | 3/30/2021 | 37,372.11 | 37,372.11 | 0 | 29 | Open due | Insured |
| ALLIED METAL COMPANY | US | PITRWO | 526210633 | USD | P45 | 2/20/2021 | 4/6/2021 | 37,372.11 | 37,372.11 | 0 | 22 | Open due | Insured |
| ALLIED METAL COMPANY | US | PITRWO | 526210692 | USD | P45 | 2/26/2021 | 4/12/2021 | 37,372.11 | 37,372.11 | 0 | 16 | Open due | Partly insured |
| ALLIED METAL COMPANY | US | PITRWO | 526210693 | USD | P45 | 2/26/2021 | 4/12/2021 | 37,372.11 | 37,372.11 | 0 | 16 | Open due | Uninsured |
| ALLIED METAL COMPANY | US | PITRWO | 526210694 | USD | P45 | 2/26/2021 | 4/12/2021 | 37,372.11 | 37,372.11 | 0 | 16 | Open due | Uninsured |
| ALLIED METAL COMPANY | US | PITRWO | 526210979 | USD | P45 | 3/19/2021 | 5/3/2021 | 37,372.11 | 37,372.11 | 0 | 0 | Open not due | Uninsured |
| ALLIED METAL COMPANY | US | PITRWO | 526210887 | USD | P45 | 3/13/2021 | 4/27/2021 | 36,356.04 | 36,356.04 | 0 | 1 | Open due | Uninsured |
| ALLIED METAL COMPANY | US | PITRWO | 526210134 | USD | P45 | 1/15/2021 | 3/1/2021 | 36,239.62 | 36,239.62 | 0 | 58 | Open due | Insured |
| ALLIED METAL COMPANY | US | PITRWO | 526210156 | USD | P45 | 1/15/2021 | 3/1/2021 | 36,239.62 | 36,239.62 | 0 | 58 | Open due | Insured |
| | | | | | | | | 520,288.67 | 520,288.67 | 0 | 23 | | |

59.     Allied accepted and used the SiLLOY® 170, without objection or qualification.

60.     Allied has failed to make payment on Elkem's invoices.

61.     Elkem is entitled to offset any damages that may be assessed against it by the amount due from Allied totaling $520,288.67.

WHEREFORE Elkem Materials, Inc, respectfully requests judgment in its favor and against Allied Metal Company, an award of its attorneys' fees and costs in accordance with paragraph 23 of PO422, and any such other relief that this Honorable Court deems just and equitable.

## COUNTERCLAIM

### COUNT I
### ACTION PURSUANT TO 810 ILCS 5/2-709

62.     Elkem repeats and realleges Paragraphs 1 through 41, inclusive of the Common Allegations of Fact and Paragraphs 58 through 60, inclusive of its Affirmative Defense No. 6 as Paragraph 62 of this Count I.

63.     At all times relevant hereto, 810 ILCS 5/2-709 was in full force and effect and states in relevant part: "(1) When the buyer fails to pay the price as it becomes due the seller may recover, together with any incidental damages under the next section, the price (a) of goods accepted…"

64.     Allied accepted Elkem's performance and delivery of the SiLLOY® 170.

65.     Elkem has made demand for payment, but Allied has failed to pay for the SiLLOY® 170 received for the shipments which occurred between January 15, 2021 and March 19, 2021.

66.     Elkem is due $520,288.67 from Allied.

67.     Pursuant to the Interest Act, 815 ILCS 205/2, Elkem is entitled to pre-judgment interest on the amount due.

68.     In accordance with Paragraph 23 of PO422, Elkem is entitled to recover its reasonable attorneys' fees and costs against Allied.

WHEREFORE Plaintiff, Elkem Materials, Inc, prays for this Court to:

A.     Enter judgment in its favor against Counter-Defendant, Allied Metal Company in the amount of $520,288.67;

B.     Enter judgment Elkem's favor against Allied for pre-judgment interest pursuant to 815 ILCS 205/2 from the date each invoice in Group Exhibit C was due through the date of trial;

C.     Award Elkem its attorneys' fees and costs incurred in the prosecution of this case; and

D.     Grant such other relief as this Court deems necessary and proper.

*In the alternative to Count I, Elkem states Count II:*

## COUNT II
## BREACH OF CONTRACT

69.     Elkem repeats and realleges Paragraphs 1 through 41, inclusive of the Common Allegations of Fact, Paragraphs 58 through 68, inclusive of its Count I as Paragraph 69 of this Count II.

70.     Elkem has fulfilled all of its contractual conditions required.

WHEREFORE Plaintiff, Elkem Materials, Inc, prays for this Court to:

A.     Enter judgment in its favor against Counter-Defendant, Allied Metal Company in the amount of $520,288.67;

B.     Enter judgment Elkem's favor against Allied for pre-judgment interest pursuant to 815 ILCS 205/2 from the date each invoice in Group Exhibit C was due through the date of trial;

C.     Award Elkem its attorneys' fees and costs incurred in the prosecution of this case; and

D.     Grant such other relief as this Court deems necessary and proper.

Respectfully submitted,

ELKEM MATERIALS, INC., a
Pennsylvania corporation

By: */s/Kevin A. Sterling*
    One of Its Attorneys

Kevin A. Sterling (ARDC No. 6216907)
kevin@thesterlinglaw.com
Laura Newcomer Cohen (ARDC No. 6302639)
laura@thesterlinglaw.com
Nelly Rosenberg (ARDC No. 6327524)
nelly@thesterlinglaw.com
THE STERLING LAW OFFICE LLC
411 North LaSalle Street, Suite 200
Chicago, Illinois 60654
Ph: (312) 670-9744

| | |
|---|---|
| **From:** | Richard Wolf |
| **To:** | Joel |
| **Cc:** | Torbjørn Sæthre; Kristy S. Grazier; Steve McElhaney |
| **Subject:** | SiLLOY®170 Deliveries to Allied Metal Company - CY2020 |
| **Date:** | Tuesday, October 22, 2019 9:18:00 AM |
| **Attachments:** | 302_SDS_r01_Silicon_USCAN.pdf |
| | Silloy 170.pdf |
| | image001.png |

Dear Joel:

Elkem appreciates the opportunity to continue with the supply of SiLLOY® 170 to Allied Metal Company for CY2020 and confirms our offer as detailed below;.

Product:        SiLLOY®170 (Specification and Material Safety Data Sheet Attached)

Size:           10 x 100mm

Package:        1.2mt and 0.6mt Big Bags (Typically 16 x 1.2mt BB's and 1 x 0.6kg BB's will make up a 19.8mt truckload)

Volume:         **10TL's/month**

Basis:          DDP Chicago, IL (Incoterms 2010)

Price:          Platt's Metals Week **CURRENT MONTH AVERAGE** minus $0.08/lb of material
                Floor$^{(*)}$ =       $0.81/lb of material
                Ceiling$^{(**)}$ =     $1.11/lb of material
                        Note$^{(*)}$ – Floor Price is defined as the calculated transaction price based upon the indicated formula
                        Note$^{(**)}$ – Ceiling Price is defined as the calculated transaction price based upon the indicated formula

Terms:          Net 45 Days from Invoice Date$^{(***)}$
                        Note$^{(***)}$ – Invoice Date defined as "**Date of Delivery**"

Delivery:       Prompt upon release. Shipments will be made from USA East Coast Warehouse.

Stability:      **February 1, 2020** through December 31, 2020

Validity:       October 29, 2019

**Other Terms and Conditions as agreed below;**

   1. Total PO quantity will be 110TL's
       a. All truckloads on the PO to be delivered not later than **December 31, 2020**



2. Truckloads will be invoiced **<u>sequentially</u>** as follows <u>regardless of the actual delivery date</u>. Elkem understands and accepts that some TL deliveries may roll over into a following month but will be billed per the sequence described below.  Conversely, any deliveries pulled in early will be invoiced according the sequential price in effect.

   a. TL #1 though #10 @ Platt's February Average
   b. TL #11 through #20 @ Platt's March Average
   c. TL #21 through #30 @ Platt's April Average
   d. TL #31 through #40 @ Platt's May Average
   e. TL #41 through #50 @ Platt's June Average
   f. TL #51 through #60 @ Platt's July Average
   g. TL #61 through #70 @ Platt's August Average
   h. TL #71 through #80 @ Platt's September Average
   i. TL #81 through #90 @ Platt's October Average
   j. TL #91 through #100 @ Platt's November Average
   k. TL #101 through #110 @ December Average

3. Elkem will issue invoices at such time that the Platt's Monthly Average price for the current month is published.

   a. Regardless of the date on which pricing for the current month is reconciled and invoices are generated, payment is due Net 45 Days from the <u>original DELIVERY DATE</u>.

Joel, I hope the summary accurate reflects the details of today's agreement and look forward to receiving Allied Metal Company's confirming PO.

Regards,
Richard


<span style="color:#1F6FBF">Richard Wolf</span>

Regional Manager - North America
Elkem Silicon Materials



Office : +1 614 477 1524
Mobile : +1 614 477 1524
<u>richard.wolf@elkem.com</u>
<u>www.elkem.com</u>

<u>Youtube</u> | <u>Twitter</u> | <u>LinkedIn</u>

| | |
|---|---|
| **From:** | Joel |
| **To:** | Richard Wolf |
| **Cc:** | Torbjørn Sæthre; Kristy S. Grazier; Steve McElhaney |
| **Subject:** | Re: SiLLOY®170 Deliveries to Allied Metal Company - CY2020 (REVISED) |
| **Date:** | Tuesday, October 29, 2019 11:02:00 AM |

Confirmed

Sent from my iPhone

> On Oct 29, 2019, at 10:55 AM, Richard Wolf <richard.wolf@elkem.com> wrote:

Dear Joel:

Please find below highlighted revision to our quotation as we discussed this morning;

Elkem appreciates the opportunity to continue with the supply of SiLLOY® 170 to Allied Metal Company for CY2020 and confirms our offer as detailed below;.

Product:        SiLLOY®170 (Specification and Material Safety Data Sheet Attached)

Size:        10 x 100mm

Package:        1.2mt and 0.6mt Big Bags (Typically 16 x 1.2mt BB's and 1 x 0.6kg BB's will make up a 19.8mt truckload)

Volume:        **10TL's/month**

Basis:        DDP Chicago, IL (Incoterms 2010)

Price:        Platt's Metals Week **CURRENT MONTH AVERAGE** minus $0.08/lb of material

Floor$^{(*)}$ =        $0.81/lb of material
Ceiling$^{(**)}$ =        $1.11/lb of material
        Note$^{(*)}$ – Floor Price is defined as the calculated transaction price based upon the indicated formula
        Note$^{(**)}$ – Ceiling Price is defined as the calculated transaction price based upon the indicated formula

Terms:        Net 45 Days from Invoice Date$^{(***)}$
        Note$^{(***)}$ – Invoice Date defined as "**Date of Delivery**"

Delivery:        Prompt upon release. Shipments will be made from USA East Coast



EXHIBIT
**B**

Warehouse.

Stability:  **February 1, 2020** through December 31, 2020

Validity:   October 29, 2019

**Other Terms and Conditions as agreed below;**

1. Total PO quantity will be 110TL's
   a. Allied Metal Company will intend to release all truckloads on the PO for delivery not later than **January 31, 2021.**  However, Elkem will be willing to negotiate a short extension if needed.

2. Truckloads will be invoiced **sequentially** as follows regardless of the actual delivery date.  Elkem understands and accepts that some TL deliveries may roll over into a following month but will be billed per the sequence described below.  Conversely, any deliveries pulled in early will be invoiced according the sequential price in effect.
   a. TL #1 though #10 @ Platt's February Average
   b. TL #11 through #20 @ Platt's March Average
   c. TL #21 through #30 @ Platt's April Average
   d. TL #31 through #40 @ Platt's May Average
   e. TL #41 through #50 @ Platt's June Average
   f. TL #51 through #60 @ Platt's July Average
   g. TL #61 through #70 @ Platt's August Average
   h. TL #71 through #80 @ Platt's September Average
   i. TL #81 through #90 @ Platt's October Average
   j. TL #91 through #100 @ Platt's November Average
   k. TL #101 through #110 @ Platt's December Average

3. Elkem will issue invoices at such time that the Platt's Monthly Average price for the current month is published.
   a. Regardless of the date on which pricing for the current month is reconciled and invoices are generated, payment is due Net 45 Days from the original DELIVERY DATE.

Joel, I hope the summary accurate reflects the details of today's agreement and look forward to receiving Allied Metal Company's confirming PO.

Regards,
Richard

Richard Wolf

Regional Manager - North America

Elkem Silicon Materials

<image001.png>

Office : +1 614 477 1524
Mobile : +1 614 477 1524
richard.wolf@elkem.com
www.elkem.com

Youtube | Twitter | LinkedIn

---

**From:** Richard Wolf
**Sent:** Tuesday, October 22, 2019 10:18 AM
**To:** Joel <Finkerinv@aol.com>
**Cc:** Torbjørn Sæthre <torbjorn.sathre@elkem.no>; Kristy S. Grazier
<kristy.grazier@elkem.com>; Steve McElhaney <steve.mcelhaney@elkem.com>
**Subject:** SiLLOY®170 Deliveries to Allied Metal Company - CY2020

Dear Joel:

Elkem appreciates the opportunity to continue with the supply of SiLLOY® 170 to Allied
Metal Company for CY2020 and confirms our offer as detailed below;.

Product:          SiLLOY®170 (Specification and Material Safety Data Sheet Attached)

Size:             10 x 100mm

Package:          1.2mt and 0.6mt Big Bags (Typically 16 x 1.2mt BB's and 1 x 0.6kg BB's
will make up a 19.8mt truckload)

Volume:          **10TL's/month**

Basis:            DDP Chicago, IL (Incoterms 2010)

Price:            Platt's Metals Week **CURRENT MONTH AVERAGE** minus $0.08/lb of
material

                  Floor$^{(*)}$ =         $0.81/lb of material
                  Ceiling$^{(**)}$ =       $1.11/lb of material
                        Note$^{(*)}$ – Floor Price is defined as the calculated transaction
price based upon the indicated formula
                        Note$^{(**)}$ – Ceiling Price is defined as the calculated transaction
price based upon the indicated formula

Terms:            Net 45 Days from Invoice Date$^{(***)}$

Note(***) – Invoice Date defined as "**Date of Delivery**"

Delivery:  Prompt upon release. Shipments will be made from USA East Coast
Warehouse.

Stability:  **February 1, 2020** through December 31, 2020

Validity:  October 29, 2019

**Other Terms and Conditions as agreed below:**

1. Total PO quantity will be 110TL's
   a. All truckloads on the PO to be delivered not later than **December 31, 2020**

2. Truckloads will be invoiced **sequentially** as follows <u>regardless of the actual delivery date</u>.  Elkem understands and accepts that some TL deliveries may roll over into a following month but will be billed per the sequence described below. Conversely, any deliveries pulled in early will be invoiced according the sequential price in effect.
   a. TL #1 though #10 @ Platt's February Average
   b. TL #11 through #20 @ Platt's March Average
   c. TL #21 through #30 @ Platt's April Average
   d. TL #31 through #40 @ Platt's May Average
   e. TL #41 through #50 @ Platt's June Average
   f. TL #51 through #60 @ Platt's July Average
   g. TL #61 through #70 @ Platt's August Average
   h. TL #71 through #80 @ Platt's September Average
   i. TL #81 through #90 @ Platt's October Average
   j. TL #91 through #100 @ Platt's November Average
   k. TL #101 through #110 @ December Average

3. Elkem will issue invoices at such time that the Platt's Monthly Average price for the current month is published.
   a. Regardless of the date on which pricing for the current month is reconciled and invoices are generated, payment is due Net 45 Days from the <u>original DELIVERY DATE</u>.

Joel, I hope the summary accurate reflects the details of today's agreement and look forward to receiving Allied Metal Company's confirming PO.

Regards,
Richard

Richard Wolf

Regional Manager - North America

Elkem Silicon Materials

<image001.png>

Office : +1 614 477 1524

Mobile : +1 614 477 1524

richard.wolf@elkem.com

www.elkem.com

Youtube | Twitter | LinkedIn

NOTICE: Please immediately e-mail back to sender if you are not the intended recipient. Thereafter delete the e-mail along with any attachments without making copies. The sender reserves all rights of privilege, confidentiality and copyright.



# INVOICE

| | | | |
|---|---|---|---|
| Invoice no | 526210134 | Page | 1(1) |
| Cust. order no | PO 422 DEL 1/14 | | |
| Cust. VAT no | | Invoice date | 15-JAN-2021 |
| Cust. EORI no | | Due date | 01-MAR-2021 |
| Cust. reference | JOEL A. FINK | | |
| Elkem reference | KRISTY GRAZIER | | |
| Elkem order no | 1000231522 | | |

Customer    NA0080
ALLIED METAL COMPANY
4528 W DIVISON STREET

CHICAGO, IL  60651
UNITED STATES

| | |
|---|---|
| Payment terms | 45 DAYS FROM INV.DATE |
| Cash discount | |
| Delivery terms | DAP CHICAGO IL  Incoterms 2020 |

Delivery address
ALLIED METAL COMPANY
4528 WEST DIVISION STREET

CHICAGO, IL 60651
UNITED STATES

| | |
|---|---|
| Precarriage by | |
| From | BALTIMORE MD |
| Carrier | |
| Place of loading | |
| Place of discharge | |
| Final Destination | |

---

Marks and numbers

| Item no | Description | | Cust. order no | No. of units |
|---|---|---|---|---|
| 108257 | SiLLOY® 170 | | PO 422 DEL 1/14 | 16 |

| Size / Pack | | Delivery date | HS Code | |
|---|---|---|---|---|
| 10 - 100 MM / BIG BAG 2646LBS ON PALLET | | 13-JAN-2021 | 28046900 | |
| Order line number | Country of Origin | Sales price | Net weight | Line amount |
| 1000231522-4 | NORWAY | USD 0.856 / LBS | 42,336.00 LBS | USD  36,239.62 |

Lot no:   1404514520BB

| | | | |
|---|---|---|---|
| Order total | | USD | 36,239.62 |
| Invoice total | | USD | 36,239.62 |

---

Check remittance:
Elkem Materials Inc.
PO Box 200054
Pittsburgh, PA
15251-0054

Wire Instructions (within US):
Bank of New York Mellon, NY
ABA: 021000018
For: DnB Bank, ASA — NY Branch
Acct: 8026001499
For further credit: Elkem Materials Inc.
Acct No: 15832002

Wire Instructions (outside US):
Bank of New York Mellon, NY
SWIFT Code: IRVTUS3N
For: DnB Bank, ASA — NY Branch
SWIFT Code: DNBAUS33
For further credit: Elkem Materials Inc.
Acct No: 15832002

ACH/EFTPS instructions:
ABA: 021000018
Acct: 561415832002
Bnf: Elkem Materials Inc.

We here by certify that goods were produced with all applicable requirements of section 6, 7 and 12 of the Fair Labor Standards Act, as amended and regulations and orders of the U.S. Department of Labor issued under Section 14 thereof.

For Elkem
15-JAN-2021

Stacy Panyko

---

Elkem Materials Inc.

Postal address:
P.O. Box 266
Pittsburgh, PA
15230-0266
USA

Office address:
400 Rouser Road
Moon Township, PA
15108
USA

Telephone:
800 848 9795
Telefax:
(412) 299 7238



EXHIBIT

C



# INVOICE

| | | | |
|---|---|---|---|
| Invoice no | 526210156 | Page | 1(1) |
| Cust. order no | PO 422 DEL 1/15 | | |
| Cust. VAT no | | Invoice date | 15-JAN-2021 |
| Cust. EORI no | | Due date | 01-MAR-2021 |
| Cust. reference | JOEL A. FINK | | |
| Elkem reference | KRISTY GRAZIER | | |
| Elkem order no | 1000231526 | | |

Customer        NA0080
ALLIED METAL COMPANY
4528 W DIVISON STREET

CHICAGO, IL  60651
UNITED STATES

| | |
|---|---|
| Payment terms | 45 DAYS FROM INV.DATE |
| Cash discount | |
| Delivery terms | DAP CHICAGO IL  Incoterms 2020 |

Delivery address
ALLIED METAL COMPANY
4528 WEST DIVISION STREET

CHICAGO, IL 60651
UNITED STATES

| | |
|---|---|
| Precarriage by | |
| From | BALTIMORE MD |
| Carrier | |
| Place of loading | |
| Place of discharge | |
| Final Destination | |

Marks and numbers

| Item no | Description | | Cust. order no | No. of units |
|---|---|---|---|---|
| 108257 | SiLLOY® 170 | | PO 422 DEL 1/15 | 16 |

| Size / Pack | | Delivery date | HS Code | |
|---|---|---|---|---|
| 10 - 100 MM / BIG BAG 2646LBS ON PALLET | | 14-JAN-2021 | 28046900 | |
| Order line number | Country of Origin | Sales price | Net weight | Line amount |
| 1000231526-4 | NORWAY | USD 0.856 / LBS | 42,336.00 LBS | USD 36,239.62 |

Lot no:   1404514646BB

| | | |
|---|---|---|
| Order total | USD | 36,239.62 |
| Invoice total | USD | 36,239.62 |

Check remittance:
Elkem Materials Inc.
PO Box 200054
Pittsburgh, PA
15251-0054

Wire Instructions (within US):
Bank of New York Mellon, NY
ABA: 021000018
For: DnB Bank, ASA — NY Branch
Acct: 8026001499
For further credit: Elkem Materials Inc.
Acct No: 15832002

Wire Instructions (outside US):
Bank of New York Mellon, NY
SWIFT Code: IRVTUS3N
For: DnB Bank, ASA — NY Branch
SWIFT Code: DNBAUS33
For further credit: Elkem Materials Inc.
Acct No: 15832002

ACH/EFTPS instructions:
ABA: 021000018
Acct: 561415832002
Bnf: Elkem Materials Inc.

We here by certify that goods were produced with all applicable requirements of section 6, 7 and 12 of the
Fair Labor Standards Act, as amended and regulations and orders of the U.S. Department of Labor issued
under Section 14 thereof.

For Elkem
15-JAN-2021

Stacy Panyko

Elkem Materials Inc.

Postal address:
P.O. Box 266
Pittsburgh, PA
15230-0266
USA

Office address:
400 Rouser Road
Moon Township, PA
15108
USA

Telephone:
800 848 9795
Telefax:
(412) 299 7238



# INVOICE

| | | | |
|---|---|---|---|
| Invoice no | 526210252 | Page | 1(2) |
| Cust. order no | PO 422 DEL 1/22 | | |
| Cust. VAT no | | Invoice date | 23-JAN-2021 |
| Cust. EORI no | | Due date | 09-MAR-2021 |
| Cust. reference | JOEL A. FINK | | |
| Elkem reference | KRISTY GRAZIER | | |
| Elkem order no | 1000232398 | | |

Customer        NA0080
ALLIED METAL COMPANY
4528 W DIVISON STREET

CHICAGO, IL 60651
UNITED STATES

| | |
|---|---|
| Payment terms | 45 DAYS FROM INV.DATE |
| Cash discount | |
| Delivery terms | DAP CHICAGO IL  Incoterms 2020 |

Delivery address
ALLIED METAL COMPANY
4528 WEST DIVISION STREET

CHICAGO, IL 60651
UNITED STATES

| | |
|---|---|
| Precarriage by | |
| From | BALTIMORE MD |
| Carrier | |
| Place of loading | |
| Place of discharge | |
| Final Destination | |

Marks and numbers

| Item no | Description | | | Cust. order no | No. of units |
|---|---|---|---|---|---|
| 108257 | SiLLOY® 170 | | | PO 422 DEL 1/22 | 16 |

| Size / Pack | | | | |
|---|---|---|---|---|
| 10 - 100 MM / BIG BAG 2646LBS ON PALLET | | Delivery date | HS Code | |
| Order line number | Country of Origin | 21-JAN-2021 | 28046900 | |
| 1000232398-4 | NORWAY | Sales price | Net weight | Line amount |
| | | USD 0.856 / LBS | 42,336.00 LBS | USD  36,239.62 |

Lot no:   1404514769BB

| Item no | Description | | | Cust. order no | No. of units |
|---|---|---|---|---|---|
| 116791 | SiLLOY® 170 | | | PO 422 DEL 1/22 | 1 |

| Size / Pack | | | | |
|---|---|---|---|---|
| 10 - 100 MM / BIG BAG 600KG ON PALLET | | Delivery date | HS Code | |
| Order line number | Country of Origin | 21-JAN-2021 | 28046900 | |
| 1000232398-8 | NORWAY | Sales price | Net weight | Line amount |
| | | USD 0.856 / LBS | 1,323.00 LBS | USD  1,132.49 |

Lot no:   1404514769SB

| | | | |
|---|---|---|---|
| Order total | | USD | 37,372.11 |
| **Invoice total** | | **USD** | **37,372.11** |

Elkem Materials Inc.

Postal address:
P.O. Box 266
Pittsburgh, PA
15230-0266
USA

Office address:
400 Rouser Road
Moon Township, PA
15108
USA

Telephone:
800 848 9795
Telefax:
(412) 299 7238



# INVOICE

| | | | |
|---|---|---|---|
| Invoice no | 526210252 | Page | 2(2) |
| Cust. order no | PO 422 DEL 1/22 | | |
| Cust. VAT no | | Invoice date | 23-JAN-2021 |
| | | Due date | 09-MAR-2021 |

Customer     NA0080
ALLIED METAL COMPANY

| Check remittance: | Wire Instructions (within US): | Wire Instructions (outside US): | ACH/EFTPS instructions: |
|---|---|---|---|
| Elkem Materials Inc. | Bank of New York Mellon, NY | Bank of New York Mellon, NY | ABA: 021000018 |
| PO Box 200054 | ABA: 021000018 | SWIFT Code: IRVTUS3N | Acct: 561415832002 |
| Pittsburgh, PA | For: DnB Bank, ASA – NY Branch | For: DnB Bank, ASA – NY Branch | Bnf: Elkem Materials Inc. |
| 15251-0054 | Acct: 8026001499 | SWIFT Code: DNBAUS33 | |
| | For further credit: Elkem Materials Inc. | For further credit: Elkem Materials Inc. | |
| | Acct No: 15832002 | Acct No: 15832002 | |

We here by certify that goods were produced with all applicable requirements of section 6, 7 and 12 of the
Fair Labor Standards Act, as amended and regulations and orders of the U.S. Department of Labor issued
under Section 14 thereof.

For Elkem
23-JAN-2021

Stacy Panyko

Elkem Materials Inc.

| Postal address: | Office address: | Telephone: |
|---|---|---|
| P.O. Box 266 | 400 Rouser Road | 800 848 9795 |
| Pittsburgh, PA | Moon Township, PA | Telefax: |
| 15230-0266 | 15108 | (412) 299 7238 |
| USA | USA | |



# INVOICE

| | | | |
|---|---|---|---|
| Invoice no | 526210444 | Page | 1(2) |
| Cust. order no | PO 422 DEL 1/29 | | |
| Cust. VAT no | | Invoice date | 05-FEB-2021 |
| Cust. EORI no | | Due date | 22-MAR-2021 |
| Cust. reference | JOEL A. FINK | | |
| Elkem reference | KRISTY GRAZIER | | |
| Elkem order no | 1000233177 | | |

**Customer**     NA0080
ALLIED METAL COMPANY
4528 W DIVISON STREET

CHICAGO, IL 60651
UNITED STATES

| | |
|---|---|
| Payment terms | 45 DAYS FROM INV.DATE |
| Cash discount | |
| Delivery terms | DAP CHICAGO IL  Incoterms 2020 |

**Delivery address**
ALLIED METAL COMPANY
4528 WEST DIVISION STREET

CHICAGO, IL 60651
UNITED STATES

| | |
|---|---|
| Precarriage by | |
| From | BALTIMORE MD |
| Carrier | |
| Place of loading | |
| Place of discharge | |
| Final Destination | |

---

Marks and numbers

| Item no | Description | | Cust. order no | No. of units |
|---|---|---|---|---|
| 108257 | SiLLOY® 170 | | PO 422 DEL 1/29 | 16 |

| Size / Pack | | | | |
|---|---|---|---|---|
| 10 - 100 MM / BIG BAG 2646LBS ON PALLET | | Delivery date | HS Code | |
| Order line number | Country of Origin | 27-JAN-2021 | 28046900 | |
| 1000233177-4 | NORWAY | Sales price | Net weight | Line amount |
| | | USD 0.856 / LBS | 42,336.00 LBS | USD 36,239.62 |

Lot no:  1404513696BB

| Item no | Description | | Cust. order no | No. of units |
|---|---|---|---|---|
| 116791 | SiLLOY® 170 | | PO 422 DEL 1/29 | 1 |

| Size / Pack | | | | |
|---|---|---|---|---|
| 10 - 100 MM / BIG BAG 600KG ON PALLET | | Delivery date | HS Code | |
| Order line number | Country of Origin | 27-JAN-2021 | 28046900 | |
| 1000233177-8 | NORWAY | Sales price | Net weight | Line amount |
| | | USD 0.856 / LBS | 1,323.00 LBS | USD 1,132.49 |

Lot no:  1404514769SB

| | | | |
|---|---|---|---|
| Order total | | USD | 37,372.11 |
| **Invoice total** | | **USD** | **37,372.11** |

Elkem Materials Inc.

Postal address:
P.O. Box 266
Pittsburgh, PA
15230-0266
USA

Office address:
400 Rouser Road
Moon Township, PA
15108
USA

Telephone:
800 848 9795
Telefax:
(412) 299 7238



# INVOICE

| Invoice no | 526210444 | Page | 2(2) |
|---|---|---|---|
| Cust. order no | PO 422 DEL 1/29 | | |
| Cust. VAT no | | | |
| | | Invoice date | 05-FEB-2021 |
| | | Due date | 22-MAR-2021 |

Customer          NA0080
ALLIED METAL COMPANY

| Check remittance: | Wire Instructions (within US): | Wire Instructions (outside US): | ACH/EFTPS instructions: |
|---|---|---|---|
| Elkem Materials Inc. | Bank of New York Mellon, NY | Bank of New York Mellon, NY | ABA: 021000018 |
| PO Box 200054 | ABA: 021000018 | SWIFT Code: IRVTUS3N | Acct: 561415832002 |
| Pittsburgh, PA | For: DnB Bank, ASA — NY Branch | For: DnB Bank, ASA — NY Branch | Bnf: Elkem Materials Inc. |
| 15251-0054 | Acct: 8026001499 | SWIFT Code: DNBAUS33 | |
| | For further credit: Elkem Materials Inc. | For further credit: Elkem Materials Inc. | |
| | Acct No: 15832002 | Acct No: 15832002 | |

We here by certify that goods were produced with all applicable requirements of section 6, 7 and 12 of the
Fair Labor Standards Act, as amended and regulations and orders of the U.S. Department of Labor issued
under Section 14 thereof.

For Elkem
05-FEB-2021

Stacy Panyko

Elkem Materials Inc.

Postal address:
P.O. Box 266
Pittsburgh, PA
15230-0266
USA

Office address:
400 Rouser Road
Moon Township, PA
15108
USA

Telephone:
800 848 9795
Telefax:
(412) 299 7238



# INVOICE

| | | | |
|---|---|---|---|
| Invoice no | 526210537 | Page | 1(2) |
| Cust. order no | PO 422 DEL 1/12 | | |
| Cust. VAT no | | Invoice date | 13-FEB-2021 |
| Cust. EORI no | | Due date | 30-MAR-2021 |
| Cust. reference | JOEL A. FINK | | |
| Elkem reference | KRISTY GRAZIER | | |
| Elkem order no | 1000234838 | | |

Customer     NA0080
ALLIED METAL COMPANY
4528 W DIVISON STREET

CHICAGO, IL  60651
UNITED STATES

| | |
|---|---|
| Payment terms | 45 DAYS FROM INV.DATE |
| Cash discount | |
| Delivery terms | DAP CHICAGO IL  Incoterms 2020 |

Delivery address
ALLIED METAL COMPANY
4528 WEST DIVISION STREET

CHICAGO, IL 60651
UNITED STATES

| | |
|---|---|
| Precarriage by | |
| From | BALTIMORE MD |
| Carrier | |
| Place of loading | |
| Place of discharge | |
| Final Destination | |

---

Marks and numbers

| Item no | Description | | Cust. order no | No. of units |
|---|---|---|---|---|
| 108257 | SiLLOY® 170 | | PO 422 DEL 1/12 | 16 |

| Size / Pack | | Delivery date | HS Code | |
|---|---|---|---|---|
| 10 - 100 MM / BIG BAG 2646LBS ON PALLET | | 11-FEB-2021 | 28046900 | |
| Order line number | Country of Origin | Sales price | Net weight | Line amount |
| 1000234838-4 | NORWAY | USD 0.856 / LBS | 42,336.00 LBS | USD 36,239.62 |

Lot no:  1404513696BB

| Item no | Description | | Cust. order no | No. of units |
|---|---|---|---|---|
| 116791 | SiLLOY® 170 | | PO 422 DEL 1/12 | 1 |

| Size / Pack | | Delivery date | HS Code | |
|---|---|---|---|---|
| 10 - 100 MM / BIG BAG 600KG ON PALLET | | 11-FEB-2021 | 28046900 | |
| Order line number | Country of Origin | Sales price | Net weight | Line amount |
| 1000234838-8 | NORWAY | USD 0.856 / LBS | 1,323.00 LBS | USD 1,132.49 |

Lot no:  1404514769SB

| | | | |
|---|---|---|---|
| Order total | | USD | 37,372.11 |
| Invoice total | | USD | 37,372.11 |

Elkem Materials Inc.

Postal address:
P.O. Box 266
Pittsburgh, PA
15230-0266
USA

Office address:
400 Rouser Road
Moon Township, PA
15108
USA

Telephone:
800 848 9795
Telefax:
(412) 299 7238



# INVOICE

| Invoice no | 526210537 | Page | 2(2) |
|---|---|---|---|
| Cust. order no | PO 422 DEL 1/12 | | |
| Cust. VAT no | | Invoice date | 13-FEB-2021 |
| | | Due date | 30-MAR-2021 |

Customer          NA0080
ALLIED METAL COMPANY

Check remittance:
Elkem Materials Inc.
PO Box 200054
Pittsburgh, PA
15251-0054

Wire Instructions (within US):
Bank of New York Mellon, NY
ABA: 021000018
For: DnB Bank, ASA — NY Branch
Acct: 8026001499
For further credit: Elkem Materials Inc.
Acct No: 15832002

Wire Instructions (outside US):
Bank of New York Mellon, NY
SWIFT Code: IRVTUS3N
For: DnB Bank, ASA — NY Branch
SWIFT Code: DNBAUS33
For further credit: Elkem Materials Inc.
Acct No: 15832002

ACH/EFTPS instructions:
ABA: 021000018
Acct: 561415832002
Bnf: Elkem Materials Inc.

We here by certify that goods were produced with all applicable requirements of section 6, 7 and 12 of the
Fair Labor Standards Act, as amended and regulations and orders of the U.S. Department of Labor issued
under Section 14 thereof.

For Elkem
13-FEB-2021

Stacy Panyko

Elkem Materials Inc.

Postal address:
P.O. Box 266
Pittsburgh, PA
15230-0266
USA

Office address:
400 Rouser Road
Moon Township, PA
15108
USA

Telephone:
800 848 9795
Telefax:
(412) 299 7238



# INVOICE

| | | | |
|---|---|---|---|
| Invoice no | 526210633 | Page | 1(2) |
| Cust. order no | PO 422 DEL 2/16 | | |
| Cust. VAT no | | Invoice date | 20-FEB-2021 |
| Cust. EORI no | | Due date | 06-APR-2021 |
| Cust. reference | JOEL A. FINK | | |
| Elkem reference | KRISTY GRAZIER | | |
| Elkem order no | 1000235110 | | |

**Customer** NA0080
ALLIED METAL COMPANY
4528 W DIVISON STREET

CHICAGO, IL 60651
UNITED STATES

| | |
|---|---|
| Payment terms | 45 DAYS FROM INV.DATE |
| Cash discount | |
| Delivery terms | DAP CHICAGO IL Incoterms 2020 |

**Delivery address**
ALLIED METAL COMPANY
4528 WEST DIVISION STREET

CHICAGO, IL 60651
UNITED STATES

| | |
|---|---|
| Precarriage by | |
| From | BALTIMORE MD |
| Carrier | |
| Place of loading | |
| Place of discharge | |
| Final Destination | |

---

Marks and numbers

| Item no | Description | | Cust. order no | No. of units |
|---|---|---|---|---|
| 108257 | SiLLOY® 170 | | PO 422 DEL 2/16 | 16 |

| Size / Pack | | | |
|---|---|---|---|
| 10 - 100 MM / BIG BAG 2646LBS ON PALLET | | | |
| Order line number | Country of Origin | Delivery date 15-FEB-2021 | HS Code 28046900 |
| 1000235110-4 | NORWAY | Sales price USD 0.856 / LBS | Net weight 42,336.00 LBS | Line amount USD 36,239.62 |

Lot no: 1404513696BB

| Item no | Description | | Cust. order no | No. of units |
|---|---|---|---|---|
| 116791 | SiLLOY® 170 | | PO 422 DEL 2/16 | 1 |

| Size / Pack | | | |
|---|---|---|---|
| 10 - 100 MM / BIG BAG 600KG ON PALLET | | | |
| Order line number | Country of Origin | Delivery date 15-FEB-2021 | HS Code 28046900 |
| 1000235110-8 | NORWAY | Sales price USD 0.856 / LBS | Net weight 1,323.00 LBS | Line amount USD 1,132.49 |

Lot no: 1404514769SB

| | | | |
|---|---|---|---|
| Order total | | USD | 37,372.11 |
| Invoice total | | USD | 37,372.11 |

---

Elkem Materials Inc.

Postal address:
P.O. Box 266
Pittsburgh, PA
15230-0266
USA

Office address:
400 Rouser Road
Moon Township, PA
15108
USA

Telephone:
800 848 9795
Telefax:
(412) 299 7238



# INVOICE

| | | | |
|---|---|---|---|
| Invoice no | 526210633 | Page | 2(2) |
| Cust. order no | PO 422 DEL 2/16 | | |
| Cust. VAT no | | Invoice date | 20-FEB-2021 |
| | | Due date | 06-APR-2021 |

Customer          NA0080
ALLIED METAL COMPANY

| Check remittance: | Wire Instructions (within US): | Wire Instructions (outside US): | ACH/EFTPS instructions: |
|---|---|---|---|
| Elkem Materials Inc. | Bank of New York Mellon, NY | Bank of New York Mellon, NY | ABA: 021000018 |
| PO Box 200054 | ABA: 021000018 | SWIFT Code: IRVTUS3N | Acct: 561415832002 |
| Pittsburgh, PA | For: DnB Bank, ASA — NY Branch | For: DnB Bank, ASA — NY Branch | Bnf: Elkem Materials Inc. |
| 15251-0054 | Acct: 8026001499 | SWIFT Code: DNBAUS33 | |
| | For further credit: Elkem Materials Inc. | For further credit: Elkem Materials Inc. | |
| | Acct No: 15832002 | Acct No: 15832002 | |

We here by certify that goods were produced with all applicable requirements of section 6, 7 and 12 of the
Fair Labor Standards Act, as amended and regulations and orders of the U.S. Department of Labor issued
under Section 14 thereof.

For Elkem
20-FEB-2021

Stacy Panyko

Elkem Materials Inc.

Postal address:
P.O. Box 266
Pittsburgh, PA
15230-0266
USA

Office address:
400 Rouser Road
Moon Township, PA
15108
USA

Telephone:
800 848 9795
Telefax:
(412) 299 7238

 **Elkem**

# INVOICE

| | | | |
|---|---|---|---|
| Invoice no | 526210692 | Page | 1(2) |
| Cust. order no | PO 422 DEL 2/17 | | |
| Cust. VAT no | | | |
| Cust. EORI no | | Invoice date | 26-FEB-2021 |
| Cust. reference | JOEL A. FINK | Due date | 12-APR-2021 |
| Elkem reference | KRISTY GRAZIER | | |
| Elkem order no | 1000235112 | | |

Customer     NA0080
ALLIED METAL COMPANY
4528 W DIVISON STREET

CHICAGO, IL 60651
UNITED STATES

| | |
|---|---|
| Payment terms | 45 DAYS FROM INV.DATE |
| Cash discount | |
| Delivery terms | DAP CHICAGO IL  Incoterms 2020 |

Delivery address
ALLIED METAL COMPANY
4528 WEST DIVISION STREET

CHICAGO, IL 60651
UNITED STATES

| | |
|---|---|
| Precarriage by | |
| From | BALTIMORE MD |
| Carrier | |
| Place of loading | |
| Place of discharge | |
| Final Destination | |

Marks and numbers

| Item no | Description | | Cust. order no | No. of units |
|---|---|---|---|---|
| 108257 | SiLLOY® 170 | | PO 422 DEL 2/17 | 16 |

| Size / Pack | | | | |
|---|---|---|---|---|
| 10 - 100 MM / BIG BAG 2646LBS ON PALLET | | Delivery date | HS Code | |
| Order line number | Country of Origin | 16-FEB-2021 | 28046900 | |
| 1000235112-4 | NORWAY | Sales price | Net weight | Line amount |
| | | USD 0.856 / LBS | 42,336.00 LBS | USD 36,239.62 |

Lot no:   1404513696BB

| Item no | Description | | Cust. order no | No. of units |
|---|---|---|---|---|
| 116791 | SiLLOY® 170 | | PO 422 DEL 2/17 | 1 |

| Size / Pack | | | | |
|---|---|---|---|---|
| 10 - 100 MM / BIG BAG 600KG ON PALLET | | Delivery date | HS Code | |
| Order line number | Country of Origin | 16-FEB-2021 | 28046900 | |
| 1000235112-8 | NORWAY | Sales price | Net weight | Line amount |
| | | USD 0.856 / LBS | 1,323.00 LBS | USD 1,132.49 |

Lot no:   1404514769SB

| | | |
|---|---|---|
| Order total | USD | 37,372.11 |
| Invoice total | USD | 37,372.11 |

Elkem Materials Inc.

Postal address:
P.O. Box 266
Pittsburgh, PA
15230-0266
USA

Office address:
400 Rouser Road
Moon Township, PA
15108
USA

Telephone:
800 848 9795
Telefax:
(412) 299 7238



# INVOICE

| | | | |
|---|---|---|---|
| Invoice no | 526210692 | Page | 2(2) |
| Cust. order no | PO 422 DEL 2/17 | | |
| Cust. VAT no | | Invoice date | 26-FEB-2021 |
| | | Due date | 12-APR-2021 |

Customer     NA0080
ALLIED METAL COMPANY

---

**Check remittance:**
Elkem Materials Inc.
PO Box 200054
Pittsburgh, PA
15251-0054

**Wire Instructions (within US):**
Bank of New York Mellon, NY
ABA: 021000018
For: DnB Bank, ASA — NY Branch
Acct: 8026001499
For further credit: Elkem Materials Inc.
Acct No: 15832002

**Wire Instructions (outside US):**
Bank of New York Mellon, NY
SWIFT Code: IRVTUS3N
For: DnB Bank, ASA — NY Branch
SWIFT Code: DNBAUS33
For further credit: Elkem Materials Inc.
Acct No: 15832002

**ACH/EFTPS instructions:**
ABA: 021000018
Acct: 561415832002
Bnf: Elkem Materials Inc.

We here by certify that goods were produced with all applicable requirements of section 6, 7 and 12 of the
Fair Labor Standards Act, as amended and regulations and orders of the U.S. Department of Labor issued
under Section 14 thereof.

For Elkem
26-FEB-2021

Stacy Panyko

---

Elkem Materials Inc.

**Postal address:**
P.O. Box 266
Pittsburgh, PA
15230-0266
USA

**Office address:**
400 Rouser Road
Moon Township, PA
15108
USA

**Telephone:**
800 848 9795
**Telefax:**
(412) 299 7238



# INVOICE

| | | | |
|---|---|---|---|
| Invoice no | 526210693 | Page | 1(2) |
| Cust. order no | PO 422 #58 | | |
| Cust. VAT no | | Invoice date | 26-FEB-2021 |
| Cust. EORI no | | Due date | 12-APR-2021 |
| Cust. reference | JOEL A. FINK | | |
| Elkem reference | KRISTY GRAZIER | | |
| Elkem order no | 1000235939 | | |

Customer        NA0080
ALLIED METAL COMPANY
4528 W DIVISON STREET

CHICAGO, IL  60651
UNITED STATES

| | |
|---|---|
| Payment terms | 45 DAYS FROM INV.DATE |
| Cash discount | |
| Delivery terms | DAP CHICAGO IL  Incoterms 2020 |

Delivery address
ALLIED METAL COMPANY
4528 WEST DIVISION STREET

CHICAGO, IL  60651
UNITED STATES

| | |
|---|---|
| Precarriage by | |
| From | BALTIMORE MD |
| Carrier | |
| Place of loading | |
| Place of discharge | |
| Final Destination | |

Marks and numbers

| Item no | Description | | Cust. order no | No. of units |
|---|---|---|---|---|
| 108257 | SiLLOY® 170 | | PO 422 #58 | 16 |

| Size / Pack | | | | |
|---|---|---|---|---|
| 10 - 100 MM / BIG BAG 2646LBS ON PALLET | | Delivery date | HS Code | |
| | | 23-FEB-2021 | 28046900 | |
| Order line number | Country of Origin | Sales price | Net weight | Line amount |
| 1000235939-4 | NORWAY | USD 0.856 / LBS | 42,336.00 LBS | USD  36,239.62 |

Lot no:   1404513696BB

| Item no | Description | | Cust. order no | No. of units |
|---|---|---|---|---|
| 116791 | SiLLOY® 170 | | PO 422 #58 | 1 |

| Size / Pack | | | | |
|---|---|---|---|---|
| 10 - 100 MM / BIG BAG 600KG ON PALLET | | Delivery date | HS Code | |
| | | 23-FEB-2021 | 28046900 | |
| Order line number | Country of Origin | Sales price | Net weight | Line amount |
| 1000235939-8 | NORWAY | USD 0.856 / LBS | 1,323.00 LBS | USD  1,132.49 |

Lot no:   1404514769SB

| | | |
|---|---|---|
| Order total | USD | 37,372.11 |
| Invoice total | USD | 37,372.11 |

Elkem Materials Inc.

Postal address:
P.O. Box 266
Pittsburgh, PA
15230-0266
USA

Office address:
400 Rouser Road
Moon Township, PA
15108
USA

Telephone:
800 848 9795
Telefax:
(412) 299 7238



# INVOICE

| | | | |
|---|---|---|---|
| Invoice no | 526210693 | Page | 2(2) |
| Cust. order no | PO 422 #58 | | |
| Cust. VAT no | | Invoice date | 26-FEB-2021 |
| | | Due date | 12-APR-2021 |

Customer        NA0080
ALLIED METAL COMPANY

| Check remittance: | Wire Instructions (within US): | Wire Instructions (outside US): | ACH/EFTPS instructions: |
|---|---|---|---|
| Elkem Materials Inc. | Bank of New York Mellon, NY | Bank of New York Mellon, NY | ABA: 021000018 |
| PO Box 200054 | ABA: 021000018 | SWIFT Code: IRVTUS3N | Acct: 561415832002 |
| Pittsburgh, PA | For: DnB Bank, ASA — NY Branch | For: DnB Bank, ASA — NY Branch | Bnf: Elkem Materials Inc. |
| 15251-0054 | Acct: 8026001499 | SWIFT Code: DNBAUS33 | |
| | For further credit: Elkem Materials Inc. | For further credit: Elkem Materials Inc. | |
| | Acct No: 15832002 | Acct No: 15832002 | |

We here by certify that goods were produced with all applicable requirements of section 6, 7 and 12 of the
Fair Labor Standards Act, as amended and regulations and orders of the U.S. Department of Labor issued
under Section 14 thereof.

For Elkem
26-FEB-2021

Stacy Panyko

Elkem Materials Inc.

Postal address:        Office address:        Telephone:
P.O. Box 266           400 Rouser Road        800 848 9795
Pittsburgh, PA         Moon Township, PA      Telefax:
15230-0266             15108                  (412) 299 7238
USA                    USA



# INVOICE

| | | | |
|---|---|---|---|
| Invoice no | 526210694 | Page | 1(2) |
| Cust. order no | PO 422 #59 | | |
| Cust. VAT no | | Invoice date | 26-FEB-2021 |
| Cust. EORI no | | Due date | 12-APR-2021 |
| Cust. reference | JOEL A. FINK | | |
| Elkem reference | KRISTY GRAZIER | | |
| Elkem order no | 1000235940 | | |

Customer     NA0080
ALLIED METAL COMPANY
4528 W DIVISON STREET

CHICAGO, IL 60651
UNITED STATES

| | |
|---|---|
| Payment terms | 45 DAYS FROM INV.DATE |
| Cash discount | |
| Delivery terms | DAP CHICAGO IL Incoterms 2020 |

Delivery address
ALLIED METAL COMPANY
4528 WEST DIVISION STREET

CHICAGO, IL 60651
UNITED STATES

| | |
|---|---|
| Precarriage by | |
| From | BALTIMORE MD |
| Carrier | |
| Place of loading | |
| Place of discharge | |
| Final Destination | |

Marks and numbers

| Item no | Description | | Cust. order no | No. of units |
|---|---|---|---|---|
| 108257 | SiLLOY® 170 | | PO 422 #59 | 16 |

| Size / Pack | | | | |
|---|---|---|---|---|
| 10 - 100 MM / BIG BAG 2646LBS ON PALLET | | Delivery date | HS Code | |
| Order line number | Country of Origin | 24-FEB-2021 | 28046900 | |
| 1000235940-4 | NORWAY | Sales price | Net weight | Line amount |
| | | USD 0.856 / LBS | 42,336.00 LBS | USD 36,239.62 |

Lot no:   1404513696BB

| Item no | Description | | Cust. order no | No. of units |
|---|---|---|---|---|
| 116791 | SiLLOY® 170 | | PO 422 #59 | 1 |

| Size / Pack | | | | |
|---|---|---|---|---|
| 10 - 100 MM / BIG BAG 600KG ON PALLET | | Delivery date | HS Code | |
| Order line number | Country of Origin | 24-FEB-2021 | 28046900 | |
| 1000235940-8 | NORWAY | Sales price | Net weight | Line amount |
| | | USD 0.856 / LBS | 1,323.00 LBS | USD 1,132.49 |

Lot no:   1404514769SB

| | | |
|---|---|---|
| Order total | USD | 37,372.11 |
| Invoice total | USD | 37,372.11 |

Elkem Materials Inc.

Postal address:
P.O. Box 266
Pittsburgh, PA
15230-0266
USA

Office address:
400 Rouser Road
Moon Township, PA
15108
USA

Telephone:
800 848 9795
Telefax:
(412) 299 7238



# INVOICE

| | | | |
|---|---|---|---|
| Invoice no | 526210694 | Page | 2(2) |
| Cust. order no | PO 422 #59 | | |
| Cust. VAT no | | Invoice date | 26-FEB-2021 |
| | | Due date | 12-APR-2021 |

Customer      NA0080
ALLIED METAL COMPANY

| Check remittance: | Wire Instructions (within US): | Wire Instructions (outside US): | ACH/EFTPS instructions: |
|---|---|---|---|
| Elkem Materials Inc. | Bank of New York Mellon, NY | Bank of New York Mellon, NY | ABA: 021000018 |
| PO Box 200054 | ABA: 021000018 | SWIFT Code: IRVTUS3N | Acct: 561415832002 |
| Pittsburgh, PA | For: DnB Bank, ASA — NY Branch | For: DnB Bank, ASA — NY Branch | Bnf: Elkem Materials Inc. |
| 15251-0054 | Acct: 8026001499 | SWIFT Code: DNBAUS33 | |
| | For further credit: Elkem Materials Inc. | For further credit: Elkem Materials Inc. | |
| | Acct No: 15832002 | Acct No: 15832002 | |

We here by certify that goods were produced with all applicable requirements of section 6, 7 and 12 of the
Fair Labor Standards Act, as amended and regulations and orders of the U.S. Department of Labor issued
under Section 14 thereof.

For Elkem
26-FEB-2021

Stacy Panyko

Elkem Materials Inc.

| Postal address: | Office address: | Telephone: |
|---|---|---|
| P.O. Box 266 | 400 Rouser Road | 800 848 9795 |
| Pittsburgh, PA | Moon Township, PA | Telefax: |
| 15230-0266 | 15108 | (412) 299 7238 |
| USA | USA | |



# INVOICE

| | | | |
|---|---|---|---|
| Invoice no | 526210802 | Page | 1(2) |
| Cust. order no | PO 422 #63 | | |
| Cust. VAT no | | Invoice date | 06-MAR-2021 |
| Cust. EORI no | | Due date | 20-APR-2021 |
| Cust. reference | JOEL A. FINK | | |
| Elkem reference | KRISTY GRAZIER | | |
| Elkem order no | 1000236503 | | |

Customer NA0080
ALLIED METAL COMPANY
4528 W DIVISON STREET

CHICAGO, IL 60651
UNITED STATES

Payment terms 45 DAYS FROM INV.DATE

Cash discount

Delivery address
ALLIED METAL COMPANY
4528 WEST DIVISION STREET

CHICAGO, IL 60651
UNITED STATES

Delivery terms DAP CHICAGO IL Incoterms 2020

Precarriage by
From BALTIMORE MD
Carrier
Place of loading
Place of discharge
Final Destination

Marks and numbers

| Item no | Description | | Cust. order no | No. of units |
|---|---|---|---|---|
| 108257 | SiLLOY® 170 | | PO 422 #63 | 16 |

| Size / Pack | | | | |
|---|---|---|---|---|
| 10 - 100 MM / BIG BAG 2646LBS ON PALLET | | Delivery date | HS Code | |
| Order line number | Country of Origin | 04-MAR-2021 | 28046900 | |
| 1000236503-4 | NORWAY | Sales price | Net weight | Line amount |
| | | USD 0.85875 / LBS | 42,336.00 LBS | USD 36,356.04 |

Lot no: 1404513696BB

| Item no | Description | | Cust. order no | No. of units |
|---|---|---|---|---|
| 116791 | SiLLOY® 170 | | PO 422 #63 | 1 |

| Size / Pack | | | | |
|---|---|---|---|---|
| 10 - 100 MM / BIG BAG 600KG ON PALLET | | Delivery date | HS Code | |
| Order line number | Country of Origin | 04-MAR-2021 | 28046900 | |
| 1000236503-8 | NORWAY | Sales price | Net weight | Line amount |
| | | USD 0.85875 / LBS | 1,323.00 LBS | USD 1,136.13 |

Lot no: 1404514769SB

| | | |
|---|---|---|
| Order total | USD | 37,492.17 |
| Invoice total | USD | 37,492.17 |

Elkem Materials Inc.

Postal address:
P.O. Box 266
Pittsburgh, PA
15230-0266
USA

Office address:
400 Rouser Road
Moon Township, PA
15108
USA

Telephone:
800 848 9795
Telefax:
(412) 299 7238



# INVOICE

| Invoice no | 526210802 | Page | 2(2) |
|---|---|---|---|
| Cust. order no | PO 422 #63 | | |
| Cust. VAT no | | Invoice date | 06-MAR-2021 |
| | | Due date | 20-APR-2021 |

Customer     NA0080
ALLIED METAL COMPANY

| Check remittance: | Wire Instructions (within US): | Wire Instructions (outside US): | ACH/EFTPS instructions: |
|---|---|---|---|
| Elkem Materials Inc. | Bank of New York Mellon, NY | Bank of New York Mellon, NY | ABA: 021000018 |
| PO Box 200054 | ABA: 021000018 | SWIFT Code: IRVTUS3N | Acct: 561415832002 |
| Pittsburgh, PA | For: DnB Bank, ASA — NY Branch | For: DnB Bank, ASA — NY Branch | Bnf: Elkem Materials Inc. |
| 15251-0054 | Acct: 8026001499 | SWIFT Code: DNBAUS33 | |
| | For further credit: Elkem Materials Inc. | For further credit: Elkem Materials Inc. | |
| | Acct No: 15832002 | Acct No: 15832002 | |

We here by certify that goods were produced with all applicable requirements of section 6, 7 and 12 of the
Fair Labor Standards Act, as amended and regulations and orders of the U.S. Department of Labor issued
under Section 14 thereof.

For Elkem
06-MAR-2021

Stacy Panyko

Elkem Materials Inc.

| Postal address: | Office address: | Telephone: |
|---|---|---|
| P.O. Box 266 | 400 Rouser Road | 800 848 9795 |
| Pittsburgh, PA | Moon Township, PA | Telefax: |
| 15230-0266 | 15108 | (412) 299 7238 |
| USA | USA | |



# INVOICE

| | | | |
|---|---|---|---|
| Invoice no | 526210803 | Page | 1(2) |
| Cust. order no | PO 422 #62 | | |
| Cust. VAT no | | Invoice date | 06-MAR-2021 |
| Cust. EORI no | | Due date | 20-APR-2021 |
| Cust. reference | JOEL A. FINK | | |
| Elkem reference | KRISTY GRAZIER | | |
| Elkem order no | 1000236502 | | |

Customer NA0080
ALLIED METAL COMPANY
4528 W DIVISON STREET

CHICAGO, IL 60651
UNITED STATES

| | |
|---|---|
| Payment terms | 45 DAYS FROM INV.DATE |
| Cash discount | |
| Delivery terms | DAP CHICAGO IL Incoterms 2020 |

Delivery address
ALLIED METAL COMPANY
4528 WEST DIVISION STREET

CHICAGO, IL 60651
UNITED STATES

| | |
|---|---|
| Precarriage by | |
| From | BALTIMORE MD |
| Carrier | |
| Place of loading | |
| Place of discharge | |
| Final Destination | |

Marks and numbers

| Item no | Description | | Cust. order no | No. of units |
|---|---|---|---|---|
| 108257 | SiLLOY® 170 | | PO 422 #62 | 16 |

| Size / Pack | | | | |
|---|---|---|---|---|
| 10 - 100 MM / BIG BAG 2646LBS ON PALLET | | Delivery date | HS Code | |
| Order line number | Country of Origin | 03-MAR-2021 | 28046900 | |
| 1000236502-4 | NORWAY | Sales price | Net weight | Line amount |
| | | USD 0.85875 / LBS | 42,336.00 LBS | USD 36,356.04 |

Lot no: 1404513696BB

| Item no | Description | | Cust. order no | No. of units |
|---|---|---|---|---|
| 116791 | SiLLOY® 170 | | PO 422 #62 | 1 |

| Size / Pack | | | | |
|---|---|---|---|---|
| 10 - 100 MM / BIG BAG 600KG ON PALLET | | Delivery date | HS Code | |
| Order line number | Country of Origin | 03-MAR-2021 | 28046900 | |
| 1000236502-8 | NORWAY | Sales price | Net weight | Line amount |
| | | USD 0.85875 / LBS | 1,323.00 LBS | USD 1,136.13 |

Lot no: 1404514769SB

| | | |
|---|---|---|
| Order total | USD | 37,492.17 |
| Invoice total | USD | 37,492.17 |

Elkem Materials Inc,

Postal address:
P.O. Box 266
Pittsburgh, PA
15230-0266
USA

Office address:
400 Rouser Road
Moon Township, PA
15108
USA

Telephone:
800 848 9795
Telefax:
(412) 299 7238



# INVOICE

| Invoice no | 526210803 | Page | 2(2) |
|---|---|---|---|
| Cust. order no | PO 422 #62 | | |
| Cust. VAT no | | Invoice date | 06-MAR-2021 |
| | | Due date | 20-APR-2021 |

Customer    NA0080
ALLIED METAL COMPANY

Check remittance:
Elkem Materials Inc.
PO Box 200054
Pittsburgh, PA
15251-0054

Wire Instructions (within US):
Bank of New York Mellon, NY
ABA: 021000018
For: DnB Bank, ASA — NY Branch
Acct: 8026001499
For further credit: Elkem Materials Inc.
Acct No: 15832002

Wire Instructions (outside US):
Bank of New York Mellon, NY
SWIFT Code: IRVTUS3N
For: DnB Bank, ASA — NY Branch
SWIFT Code: DNBAUS33
For further credit: Elkem Materials Inc.
Acct No: 15832002

ACH/EFTPS instructions:
ABA: 021000018
Acct: 561415832002
Bnf: Elkem Materials Inc.

We here by certify that goods were produced with all applicable requirements of section 6, 7 and 12 of the
Fair Labor Standards Act, as amended and regulations and orders of the U.S. Department of Labor issued
under Section 14 thereof.

For Elkem
06-MAR-2021

Stacy Panyko

Elkem Materials Inc.

Postal address:
P.O. Box 266
Pittsburgh, PA
15230-0266
USA

Office address:
400 Rouser Road
Moon Township, PA
15108
USA

Telephone:
800 848 9795
Telefax:
(412) 299 7238



# INVOICE

| | | | |
|---|---|---|---|
| Invoice no | 526210884 | Page | 1(2) |
| Cust. order no | PO 422 #61 | | |
| Cust. VAT no | | | |
| Cust. EORI no | | Invoice date | 13-MAR-2021 |
| Cust. reference | JOEL A. FINK | Due date | 27-APR-2021 |
| Elkem reference | KRISTY GRAZIER | | |
| Elkem order no | 1000236501 | | |

Customer     NA0080
ALLIED METAL COMPANY
4528 W DIVISON STREET

CHICAGO, IL  60651
UNITED STATES

| | |
|---|---|
| Payment terms | 45 DAYS FROM INV.DATE |
| Cash discount | |
| Delivery terms | DAP CHICAGO IL  Incoterms 2020 |

Delivery address
ALLIED METAL COMPANY
4528 WEST DIVISION STREET

CHICAGO, IL 60651
UNITED STATES

| | |
|---|---|
| Precarriage by | |
| From | BALTIMORE MD |
| Carrier | |
| Place of loading | |
| Place of discharge | |
| Final Destination | |

Marks and numbers

| Item no | Description | | Cust. order no | No. of units |
|---|---|---|---|---|
| 108257 | SiLLOY® 170 | | PO 422 #61 | 16 |

| Size / Pack | | | | |
|---|---|---|---|---|
| 10 - 100 MM / BIG BAG 2646LBS ON PALLET | | Delivery date | HS Code | |
| | | 02-MAR-2021 | 28046900 | |
| Order line number | Country of Origin | Sales price | Net weight | Line amount |
| 1000236501-4 | NORWAY | USD 0.85875 / LBS | 42,336.00 LBS | USD 36,356.04 |

Lot no:  1404513696BB

| Item no | Description | | Cust. order no | No. of units |
|---|---|---|---|---|
| 116791 | SiLLOY® 170 | | PO 422 #61 | 1 |

| Size / Pack | | | | |
|---|---|---|---|---|
| 10 - 100 MM / BIG BAG 600KG ON PALLET | | Delivery date | HS Code | |
| | | 02-MAR-2021 | 28046900 | |
| Order line number | Country of Origin | Sales price | Net weight | Line amount |
| 1000236501-8 | NORWAY | USD 0.85875 / LBS | 1,323.00 LBS | USD 1,136.13 |

Lot no:  1404514769SB

| | | |
|---|---|---|
| Order total | USD | 37,492.17 |
| Invoice total | USD | 37,492.17 |

Elkem Materials Inc.

| Postal address: | Office address: | Telephone: |
|---|---|---|
| P.O. Box 266 | 400 Rouser Road | 800 848 9795 |
| Pittsburgh, PA | Moon Township, PA | Telefax: |
| 15230-0266 | 15108 | (412) 299 7238 |
| USA | USA | |



# INVOICE

| Invoice no | 526210884 | Page | 2(2) |
|---|---|---|---|
| Cust. order no | PO 422 #61 | | |
| Cust. VAT no | | | |

Invoice date 13-MAR-2021
Due date 27-APR-2021

Customer        NA0080
ALLIED METAL COMPANY

| Check remittance: | Wire Instructions (within US): | Wire Instructions (outside US): | ACH/EFTPS instructions: |
|---|---|---|---|
| Elkem Materials Inc. | Bank of New York Mellon, NY | Bank of New York Mellon, NY | ABA: 021000018 |
| PO Box 200054 | ABA: 021000018 | SWIFT Code: IRVTUS3N | Acct: 561415832002 |
| Pittsburgh, PA | For: DnB Bank, ASA — NY Branch | For: DnB Bank, ASA — NY Branch | Bnf: Elkem Materials Inc. |
| 15251-0054 | Acct: 8026001499 | SWIFT Code: DNBAUS33 | |
| | For further credit: Elkem Materials Inc. | For further credit: Elkem Materials Inc. | |
| | Acct No: 15832002 | Acct No: 15832002 | |

We here by certify that goods were produced with all applicable requirements of section 6, 7 and 12 of the
Fair Labor Standards Act, as amended and regulations and orders of the U.S. Department of Labor issued
under Section 14 thereof.

For Elkem
13-MAR-2021

Stacy Panyko

| Elkem Materials Inc. | Postal address: | Office address: | Telephone: |
|---|---|---|---|
| | P.O. Box 266 | 400 Rouser Road | 800 848 9795 |
| | Pittsburgh, PA | Moon Township, PA | Telefax: |
| | 15230-0266 | 15108 | (412) 299 7238 |
| | USA | USA | |



# INVOICE

| | | | |
|---|---|---|---|
| Invoice no | 526210887 | Page | 1(1) |
| Cust. order no | PO 422 #64 | | |
| Cust. VAT no | | Invoice date | 13-MAR-2021 |
| Cust. EORI no | | Due date | 27-APR-2021 |
| Cust. reference | JOEL A. FINK | | |
| Elkem reference | KRISTY GRAZIER | | |
| Elkem order no | 1000238037 | | |

Customer          NA0080
ALLIED METAL COMPANY
4528 W DIVISON STREET

CHICAGO, IL 60651
UNITED STATES

| | |
|---|---|
| Payment terms | 45 DAYS FROM INV.DATE |
| Cash discount | |
| Delivery terms | DAP CHICAGO IL  Incoterms 2020 |

Delivery address
ALLIED METAL COMPANY
4528 WEST DIVISION STREET

CHICAGO, IL 60651
UNITED STATES

| | |
|---|---|
| Precarriage by | |
| From | BALTIMORE MD |
| Carrier | |
| Place of loading | |
| Place of discharge | |
| Final Destination | |

Marks and numbers

| Item no | Description | | Cust. order no | No. of units |
|---|---|---|---|---|
| 108257 | SiLLOY® 170 | | PO 422 #64 | 16 |

| Size / Pack | | | | |
|---|---|---|---|---|
| 10 - 100 MM / BIG BAG 2646LBS ON PALLET | | Delivery date 11-MAR-2021 | HS Code 28046900 | |
| Order line number 1000238037-4 | Country of Origin NORWAY | Sales price USD 0.85875 / LBS | Net weight 42,336.00 LBS | Line amount USD 36,356.04 |

Lot no:   1404513696BB

| | | |
|---|---|---|
| Order total | USD | 36,356.04 |
| Invoice total | USD | 36,356.04 |

Check remittance:
Elkem Materials Inc.
PO Box 200054
Pittsburgh, PA
15251-0054

Wire Instructions (within US):
Bank of New York Mellon, NY
ABA: 021000018
For: DnB Bank, ASA — NY Branch
Acct: 8026001499
For further credit: Elkem Materials Inc.
Acct No: 15832002

Wire Instructions (outside US):
Bank of New York Mellon, NY
SWIFT Code: IRVTUS3N
For: DnB Bank, ASA — NY Branch
SWIFT Code: DNBAUS33
For further credit: Elkem Materials Inc.
Acct No: 15832002

ACH/EFTPS instructions:
ABA: 021000018
Acct: 561415832002
Bnf: Elkem Materials Inc.

We here by certify that goods were produced with all applicable requirements of section 6, 7 and 12 of the
Fair Labor Standards Act, as amended and regulations and orders of the U.S. Department of Labor issued
under Section 14 thereof.

For Elkem
13-MAR-2021

Stacy Panyko

Elkem Materials Inc.

Postal address:
P.O. Box 266
Pittsburgh, PA
15230-0266
USA

Office address:
400 Rouser Road
Moon Township, PA
15108
USA

Telephone:
800 848 9795
Telefax:
(412) 299 7238



# INVOICE

| | | | |
|---|---|---|---|
| Invoice no | 526210979 | Page | 1(2) |
| Cust. order no | PO 422 #60 | | |
| Cust. VAT no | | Invoice date | 19-MAR-2021 |
| Cust. EORI no | | Due date | 03-MAY-2021 |

Customer     NA0080
ALLIED METAL COMPANY
4528 W DIVISON STREET

CHICAGO, IL  60651
UNITED STATES

| | |
|---|---|
| Cust. reference | JOEL A. FINK |
| Elkem reference | KRISTY GRAZIER |
| Elkem order no | 1000236499 |
| Payment terms | 45 DAYS FROM INV.DATE |
| Cash discount | |
| Delivery terms | DAP CHICAGO IL  Incoterms 2020 |

Delivery address
ALLIED METAL COMPANY
4528 WEST DIVISION STREET

CHICAGO, IL 60651
UNITED STATES

| | |
|---|---|
| Precarriage by | |
| From | BALTIMORE MD |
| Carrier | |
| Place of loading | |
| Place of discharge | |
| Final Destination | |

Marks and numbers

| Item no | Description | | Cust. order no | No. of units |
|---|---|---|---|---|
| 108257 | SiLLOY® 170 | | PO 422 #60 | 16 |

| Size / Pack | | Delivery date | HS Code | |
|---|---|---|---|---|
| 10 - 100 MM / BIG BAG 2646LBS ON PALLET | | 01-MAR-2021 | 28046900 | |
| Order line number | Country of Origin | Sales price | Net weight | Line amount |
| 1000236499-4 | NORWAY | USD 0.856 / LBS | 42,336.00 LBS | USD 36,239.62 |

Lot no:  1404513696BB

| Item no | Description | | Cust. order no | No. of units |
|---|---|---|---|---|
| 116791 | SiLLOY® 170 | | PO 422 #60 | 1 |

| Size / Pack | | Delivery date | HS Code | |
|---|---|---|---|---|
| 10 - 100 MM / BIG BAG 600KG ON PALLET | | 01-MAR-2021 | 28046900 | |
| Order line number | Country of Origin | Sales price | Net weight | Line amount |
| 1000236499-8 | NORWAY | USD 0.856 / LBS | 1,323.00 LBS | USD 1,132.49 |

Lot no:  1404514769SB

| | | |
|---|---|---|
| Order total | USD | 37,372.11 |
| Invoice total | USD | **37,372.11** |

| | | |
|---|---|---|
| Elkem Materials Inc. | Postal address:<br>P.O. Box 266<br>Pittsburgh, PA<br>15230-0266<br>USA | Office address:<br>400 Rouser Road<br>Moon Township, PA<br>15108<br>USA |

Telephone:
800 848 9795
Telefax:
(412) 299 7238



# INVOICE

| Invoice no | 526210979 | Page | 2(2) |
|---|---|---|---|
| Cust. order no | PO 422 #60 | | |
| Cust. VAT no | | Invoice date | 19-MAR-2021 |
| | | Due date | 03-MAY-2021 |

Customer      NA0080
ALLIED METAL COMPANY

| Check remittance: | Wire Instructions (within US): | Wire Instructions (outside US): | ACH/EFTPS instructions: |
|---|---|---|---|
| Elkem Materials Inc. | Bank of New York Mellon, NY | Bank of New York Mellon, NY | ABA: 021000018 |
| PO Box 200054 | ABA: 021000018 | SWIFT Code: IRVTUS3N | Acct: 561415832002 |
| Pittsburgh, PA | For: DnB Bank, ASA — NY Branch | For: DnB Bank, ASA — NY Branch | Bnf: Elkem Materials Inc. |
| 15251-0054 | Acct: 8026001499 | SWIFT Code: DNBAUS33 | |
| | For further credit: Elkem Materials Inc. | For further credit: Elkem Materials Inc. | |
| | Acct No: 15832002 | Acct No: 15832002 | |

We here by certify that goods were produced with all applicable requirements of section 6, 7 and 12 of the
Fair Labor Standards Act, as amended and regulations and orders of the U.S. Department of Labor issued
under Section 14 thereof.

For Elkem
19-MAR-2021

Stacy Panyko

Elkem Materials Inc.

| Postal address: | Office address: | Telephone: |
|---|---|---|
| P.O. Box 266 | 400 Rouser Road | 800 848 9795 |
| Pittsburgh, PA | Moon Township, PA | Telefax: |
| 15230-0266 | 15108 | (412) 299 7238 |
| USA | USA | |