# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Allied Metal Company

                        Plaintiff,

v.                                                        Case No.: 1:21−cv−01629
                                                            Honorable Jorge L. Alonso

Elkem Materials Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: Jury trial held and evidence entered. Jury deliberates and returns a verdict in favor of Defendant Elkem Materials. Enter Verdict Form. For the reasons stated on the record, Plaintiff's oral motion for directed verdict is denied. Defendant's Motion for directed verdict as to Count 1 [148] is denied as moot. Judgment to enter. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.