IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Allied Metal Company,

Plaintiff(s),

v.

Elkem Materials Inc.,

Defendant(s).

Case No. 21 C 1629
Judge Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☑ in favor of defendant(s) Elkem Materials Inc.
and against plaintiff(s) Allied Metal Company

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Jorge L. Alonso presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☐ decided by Judge

Date: 6/27/2025

Lesley Fairley , Deputy Clerk