IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Allied Metal Company, an Illinois corporation, | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | Case No. 1:21-cv-01629 |
| v. | ) ) | Honorable Jorge L. Alonso |
| Elkem Materials Inc., a Pennsylvania corporation, | ) ) ) ) | |
| Defendant/Counter-Plaintiff. | ) | |

## ELKEM'S MOTION FOR ENTRY OF JUDGMENT ON VERDICT

Defendant/Counter-Plaintiff Elkem Materials Inc. ("Elkem"), by and through the undersigned counsel, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, and hereby respectfully moves this Court to enter judgment on the verdict in favor of Defendant Elkem and against Plaintiff/Counter-Defendant, Allied Metal Company ("Allied"), including expenses, costs, and prejudgment interest as agreed by the parties. USCS Fed Rules Civ Proc R 58. USCS Fed Rules Civ Proc R 54. In support of this Motion, Elkem states as follows:

1. On June 26, 2025, a jury verdict was returned in favor of Elkem on Allied's Complaint against Elkem and Elkem's Counterclaim against Allied.

2. The contract between the Parties at issue in this lawsuit provides that the prevailing party is entitled to recover i) its expenses and costs, including reasonable attorneys' fees ("**Fees and Costs**"), and ii) pre-judgment interest ("**Interest**").

3. In accordance with Local Rule 54.3 of the United States District Court for the Northern District of Illinois, the parties, through counsel, have conferred on the issue of Fees and Costs, and Interest. N.D. Ill. Loc., R 54.3.

1

4.       The Parties have reached an agreement as to the amounts due to Elkem, totaling $1,030,227.96, which includes the jury award on Elkem's counterclaim, Fees and Costs, and Interest, itemized as follows: $516,805.22 on Elkem's Counterclaim; $437,849.06 in Fees and Costs; and $75,573.68 in Interest, which is memorialized in the Agreement Pursuant to Local Rule 54.3, copy of which is attached hereto as Exhibit A.

5.       Based on the agreement of the Parties, this Motion is unopposed.

WHEREFORE, Elkem respectfully requests that this Honorable Court enter judgment on the verdict in favor of Elkem and against Allied in the total amount of $1,030,227.96, and grant such further relief as this Court deems just and proper.

    Respectfully submitted,

    ELKEM MATERIALS, INC.,
    a Pennsylvania corporation

    By: */s/ Kevin A. Sterling*
    One of its Attorneys

Kevin A. Sterling
kevin@thesterlinglaw.com
Blake K. Walsh
blake@thesterlinglaw.com
The Sterling Law Office LLC
112 South Sangamon Street, Suite 101
Chicago, Illinois 60654
Ph: (312) 670-9744

Laura Newcomer Cohen
laura.cohen@esbrook.com
Esbrook, P.C.
321 North Clark Street, Suite 1930
Chicago, Illinois 60654
Ph: (312) 242-3128

## AGREEMENT PURSUANT TO LOCAL RULE 54.3

This Agreement Pursuant to Local Rule 54.3 (the "**Agreement**") is made and entered into by and between Elkem Materials, Inc., a Pennsylvania corporation ("**Elkem**") and Allied Metal Company, an Illinois corporation ("**Allied**"). Elkem and Allied are collectively referred to herein as the "**Parties**." This Agreement shall be effective on the date executed by the last of the Parties (the "**Effective Date**").

### RECITALS

WHEREAS, on June 26, 2025, following a jury trial, a verdict was entered in favor of Elkem and against Allied in the case captioned Allied Metal Company, an Illinois corporation v. Elkem Materials, Inc., a Pennsylvania corporation, Case No. 1:21-cv-01629, pending in the U. S. District Court for the Northern District of Illinois, Eastern Division (the "**Lawsuit**"), which included awarding Elkem the sum of $516,805.22 on its Counterclaim.

WHEREAS, pursuant to the contract between the Parties at issue in the Lawsuit, the prevailing party is entitled to recover i) its expenses and costs, including reasonable attorneys' fees ("**Fees and Costs**"), and ii) pre-judgment interest ("**Interest**").

WHEREAS, in accordance with Local Rule 54.3 of the U. S. District Court for the Northern District of Illinois, the parties, through counsel conferred on the issue of Fees and Costs and Interest, and have come to an agreement as to the amounts due to Elkem.

NOW, THEREFORE, the Parties agree as follows:

### TERMS

1. **Incorporation by Reference**. The Recitals are incorporated into and made a part of this Agreement.

2. **Judgment Amount**. The Parties agree that the Court, upon Motion to the Court, shall enter an agreed judgment in favor of Elkem and against Allied Metal Company (the "**Judgment**") in the amount of $1,030,227.96 as follows:

    (a) Awarding Elkem the sum of $516,805.22 on its Counterclaim;

    (b) Awarding Elkem the sum of $437,849.06 in Fees and Costs; and

    (c) Awarding Elkem the sum of $75,573.68 in Interest.

The Judgment shall be paid via wire transfer to The Sterling Law Office LLC IOLTA account no later than 5:00 PM Central Time on July 18, 2025. Wire instructions will be provided by secure communication within one (1) business day of execution of this Agreement to Allied's attorney. A representative of Allied or its attorney will verify the wire instructions by calling Kevin A. Sterling at The Sterling Law Office (phone number (312) 670-9744 or (312) 617-0083) to verbally confirm such instructions before the wire transfer is initiated.

1

**EXHIBIT A**

3. **Failure to Timely Pay**. Should Allied fail to pay the Judgment when due, commencing on July 19, 2025, the Judgment Amount shall begin to accrue additional interest as provided for by 735 ILCS 5/2-1303 until paid in full. In addition, should Elkem be required to initiate collection proceedings, in addition to the award of Fees and Costs as set forth in Section 2(b), Elkem shall be entitled to recover its additional Fees and Costs associated with such collection proceedings.

4. **Release and Satisfaction of Judgment**. Upon receipt and clearance of the Judgment Amount, counsel for Elkem shall, within five (5) business days, file a Release and Satisfaction of Judgment with the Clerk of the U. S. District Court for the Northern District of Illinois, Eastern Division.

5. **Time is of the Essence**. The Parties acknowledge and agree that time is of the essence with respect to this Agreement and all duties and obligations hereunder.

6. **No Further Payments**. The Parties agree that, upon satisfaction of the Judgment, no further amounts will be due and owing from Allied to Elkem in relation to the Judgment or the underlying Lawsuit.

7. **Execution in Counterparts**. This Agreement may be executed in several counterparts and through the exchange of PDF signature papers or DocuSign, and as executed, shall constitute one Agreement. Signatures by DocuSign or provided by electronic transmission shall be deemed original signatures and shall be valid and binding in all respects. This Agreement may only be enforced by its signatories and their permitted successors and assigns.

*[Signatures follow this page]*

IN WITNESS WHEREOF the Parties have executed this Agreement as of the Effective Date.

Elkem Materials, Inc., a Pennsylvania corporation

By: _____  Date: 11th July 2025
Simon Wilson, President

Allied Metal Company, an Illinois corporation

By: _____  Date: 7/14/2025
Joel Fink, President

3