IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Allied Metal Company, an Illinois corporation, | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | Case No. 1:21-cv-01629 |
| v. | ) ) | Honorable Jorge L. Alonso |
| Elkem Materials Inc., a Pennsylvania corporation, | ) ) ) ) | |
| Defendant/Counter-Plaintiff. | ) | |

**ELKEM'S SATISFACTION OF JUDGMENT**

On July 15, 2025, the Honorable Jorge L. Alonso entered a final judgment in favor of Defendant/Counter-Plaintiff Elkem Materials Inc. and against Plaintiff/Counter-Defendant, Allied Metal Company in the total amount of $1,030,227.96 (Dkt. 157). By wire transfer dated July 15, 2025, Plaintiff/Counter-Defendant, Allied Metal Company have paid to Defendant/Counter-Plaintiff Elkem Materials Inc. the amount ordered by the Court and have fully satisfied this judgment.

July 16, 2025

Respectfully submitted,

ELKEM MATERIALS, INC.,
 a Pennsylvania corporation

By: /s/ Kevin A. Sterling
One of its Attorneys

Kevin A. Sterling (kevin@thesterlinglaw.com)
Blake K. Walsh (blake@thesterlinglaw.com)
The Sterling Law Office LLC
112 South Sangamon Street
Suite 101
Chicago, Illinois 60654
Ph: (312) 670-9744

## CERTIFICATE OF SERVICE

I, hereby certify that on July 16, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                        ELKEM MATERIALS, INC.,
                        a Pennsylvania corporation

                        By: */s/ Kevin A. Sterling*
                        One of its Attorneys